# EXHIBIT A

# National Pollutant Discharge Elimination System Permit

### (for Discharge to Surface Waters )

## This NPDES Permit Authorizes

### *Shaw Industries Group, Inc.*

### *Columbia*

to discharge from a facility located at

**4401 St. Andrews Rd**
**Columbia, SC**
**Lexington County**

to receiving waters named

**Outfall 001 & 003:  Saluda River**
**Outfall 002:  Kinley Creek**

in accordance with limitations, monitoring requirements and other conditions set forth herein. This permit is issued in accordance with the provisions of the Pollution Control Act of South Carolina (S.C. Code Sections 48-1-10 *et seq.*, 1976), Regulation 61-9 and with the provisions of the Federal Clean Water Act (PL 92-500), as amended, 33 U.S.C. 1251 *et seq.*, the "Act."

*Cystol D. Ryip* for

**Jeffrey P. deBessonet, P.E., Director**
**Water Facilities Permitting Division**

**Issue Date:** June 26, 2013          **Expiration Date[1]:** July 31, 2018
**Effective Date:** August 1, 2013      **Permit No.:  SC0003557**
**Modification Date:** December 20, 2017   **Modification Effective Date:** January 1, 2018

[1] This permit will continue to be in effect beyond the expiration date if a complete timely re-application is received pursuant to Regulation 61-9.122.6 and signed per Regulation 61-9.122.22.



S.C. Department of Health and
Environmental Control

## Table of Contents

**PART I.  Definitions**................................................................................................................**3**

**PART II. Standard Conditions** ..................................................................................................**6**

   A.    Duty to comply............................................................................................................6

   B.    Duty to reapply............................................................................................................6

   C.    Need to halt or reduce activity not a defense ..............................................................6

   D.    Duty to mitigate .........................................................................................................6

   E.    Proper operation and maintenance ..............................................................................7

   F.    Permit actions .............................................................................................................7

   G.    Property rights.............................................................................................................8

   H.    Duty to provide information ........................................................................................8

   I.    Inspection and entry ...................................................................................................8

   J.    Monitoring and records...............................................................................................8

   K.    Signatory requirement...............................................................................................10

   L.    Reporting requirements.............................................................................................12

   M.    Bypass ......................................................................................................................16

   N.    Upset ........................................................................................................................17

   O.    Misrepresentation of Information ..............................................................................18

**Part III. Limitations and Monitoring Requirements** ............................................................**19**

   A.    Effluent Limitations and Monitoring Requirements....................................................19

   B.    Whole Effluent Toxicity and Other Biological Limitations and Monitoring Requirements ......................29

   C.    Groundwater Monitoring Requirements ....................................................................30

   D.    Sludge Monitoring Requirements ..............................................................................31

   E.    Soil Monitoring Requirements...................................................................................31

**Part IV. Schedule of Compliance**...........................................................................................**32**

**Part V. Other Requirements** ..................................................................................................**33**

   A.    Effluent Requirements ..............................................................................................33

   B.    Whole Effluent Toxicity and Other Biological Requirements......................................34

   C.    Groundwater Requirements ......................................................................................35

   D.    Sludge Requirements ................................................................................................35

   E.    Other Conditions......................................................................................................37

Part I
Page 3 of 60
Permit No. SC0003557

## PART I. Definitions

Any term not defined in this Part has the definition stated in the Pollution Control Act or in "Water Pollution Control Permits", R.61-9 or its normal meaning.

A. The "Act", or CWA, shall refer to the Clean Water Act (Formerly referred to as the Federal Water Pollution Control Act) Public Law 92-500, as amended.

B. The "average" or "arithmetic mean" of any set of values is the summation of the individual values divided by the number of individual values.

C. "Basin" (or "Lagoon") means any in-ground or earthen structure designed to receive, treat, store, temporarily retain and/or allow for the infiltration/evaporation of wastewater.

D. "Bypass" means the intentional diversion of waste streams from any portion of a treatment facility.

E. A "composite sample" shall be defined as one of the following four types:

1. An influent or effluent portion collected continuously over a specified period of time at a rate proportional to the flow.

2. A combination of not less than 8 influent or effluent grab samples collected at regular (equal) intervals over a specified period of time and composited by increasing the volume of each aliquot in proportion to flow. If continuous flow measurement is not used to composite in proportion to flow, the following method will be used: An instantaneous flow measurement should be taken each time a grab sample is collected. At the end of the sampling period, the instantaneous flow measurements should be summed to obtain a total flow. The instantaneous flow measurement can then be divided by the total flow to determine the percentage of each grab sample to be combined. These combined samples form the composite sample.

3. A combination of not less than 8 influent or effluent grab samples of equal volume but at variable time intervals that are inversely proportional to the volume of the flow. In other words, the time interval between aliquots is reduced as the volume of flow increases.

4. If the effluent flow varies by less than 15 percent, a combination of not less than 8 influent or effluent grab samples of constant (equal) volume collected at regular (equal) time intervals over a specified period of time.

All samples shall be properly preserved in accordance with Part II.J.4. Continuous flow or the sum of instantaneous flows measured and averaged for the specified compositing time period shall be used with composite results to calculate mass.

F. "Daily discharge" means the discharge of a pollutant measured during a calendar day or any 24-hour period that reasonably represents the calendar day for purposes of sampling. For pollutants with limitations expressed in units of mass, the daily discharge is calculated as the total mass of the pollutant discharged over the day. For pollutants with limitations expressed in other units of measurement, the daily discharge is calculated as the average measurement of the pollutant over the day.

Part I
Page 4 of 60
Permit No. SC0003557

G. "Daily maximum" is the highest average value recorded of samples collected on any single day during the calendar month.

H. "Daily minimum" is the lowest average value recorded of samples collected on any single day during the calendar month.

I. The "Department" or "DHEC" shall refer to the South Carolina Department of Health and Environmental Control.

J. The "geometric mean" of any set of values is the Nth root of the product of the individual values where N is equal to the number of individual values. The geometric mean is equivalent to the antilog of the arithmetic mean of the logarithms of the individual values. For purposes of calculating the geometric mean, values of zero (0) shall be considered to be one (1).

K. A "grab sample" is an individual, discrete or single influent or effluent portion of at least 100 milliliters collected at a time representative of the discharge and over a period not exceeding 15 minutes and retained separately for analysis.

L. "Groundwater" means the water below the land surface found in fractured rock or various soil strata.

M. The "maximum or minimum" is the highest or lowest value, respectively, recorded of all samples collected during the calendar month. These terms may also be known as the instantaneous maximum or minimum.

N. "Monitoring well" means any well used to sample groundwater for water quality analysis or to measure groundwater levels.

O. The "monthly average", other than for fecal coliform, E. Coli and enterococci, is the arithmetic mean of all samples collected in a calendar month period. The monthly average for fecal coliform, E. Coli and enterococci bacteria is the geometric mean of all samples collected in a calendar month period. The monthly average loading is the arithmetic average of all daily discharges made during the month.

P. The "PCA" shall refer to the Pollution Control Act (Chapter 1, Title 48, Code of Laws of South Carolina).

Q. The "practical quantitation limit" (PQL) is the concentration at which the entire analytical system must give a recognizable signal and acceptable calibration point. It is the concentration in a sample that is equivalent to the concentration of the lowest calibration standard analyzed by a specific analytical procedure, assuming that all the method-specific sample weights, volumes, and processing steps have been followed. It is also referred to as the reporting limit.

R. "Quarter" is defined as the first three calendar months beginning with the month that this permit becomes effective and each group of three calendar months thereafter.

S. "Quarterly average" is the arithmetic mean of all samples collected in a quarter.

T. "Severe property damage" means substantial physical damage to property, damage to the treatment facilities which causes them to become inoperable, or substantial and permanent loss of natural resources which can reasonably be expected to occur in the absence of a bypass. Severe property damage does not mean economic loss caused by delays in production.

U. "Sludge" means industrial sludge. Industrial sludge is a solid, semi-solid, or liquid residue generated during the treatment of industrial wastewater in a treatment works. Industrial sludge includes, but is not limited to, industrial septage; scum or solids removed in primary, secondary, or advanced wastewater treatment processes; and a material derived from industrial sludge. Industrial sludge does not include ash generated during the firing of industrial sludge in an industrial sludge incinerator or grit and screenings generated during preliminary treatment of industrial wastewater in a treatment works. Industrial sludge by definition does not include sludge covered under 40 CFR Part 503 or R.61-9.503.

V. "Upset" means an exceptional incident in which there is unintentional and temporary noncompliance with technology based permit effluent limitations because of factors beyond the reasonable control of the permittee. An upset does not include noncompliance to the extent caused by operational error, improperly designed treatment facilities, inadequate treatment facilities, lack of preventive maintenance, or careless or improper operation.

W. "Wastewater" means industrial wastewater. Industrial wastewater is wastewater generated from a federal facility, commercial or industrial process, including waste and wastewater from humans when generated at an industrial facility.

X. "Weekly average" is the arithmetic mean of all the samples collected during a one-week period. For self-monitoring purposes, weekly periods in a calendar month are defined as three (3) consecutive seven-day intervals starting with the first day of the calendar month and a fourth interval containing seven (7) days plus those days beyond the 28th day in a calendar month. The value to be reported is the single highest of the four (4) weekly averages computed during a calendar month. The weekly average loading is the arithmetic average of all daily discharges made during the week.

Part II
Page 6 of 60
Permit No. SC0003557

## PART II. Standard Conditions

A. Duty to comply

The permittee must comply with all conditions of the permit. Any permit noncompliance constitutes a violation of the Clean Water Act and the Pollution Control Act and is grounds for enforcement action; for permit termination, revocation and reissuance, or modification; or denial of a permit renewal application. The Department's approval of wastewater facility plans and specifications does not relieve the permittee of responsibility to meet permit limits.

1. The permittee shall comply with effluent standards or prohibitions established under section 307(a) of the Clean Water Act for toxic pollutants and with standards for sewage sludge use or disposal established under section 405(d) of the CWA within the time provided in the regulations that establish these standards or prohibitions or standards for sewage sludge use or disposal, even if the permit has not yet been modified to incorporate the requirement.

2. Failure to comply with permit conditions or the provisions of this permit may subject the permittee to civil penalties under S.C. Code Section 48-1-330 or criminal sanctions under S.C. Code Section 48-1-320. Sanctions for violations of the Federal Clean Water Act may be imposed in accordance with the provisions of 40 CFR Part 122.41(a)(2) and (3).

3. A person who violates any provision of this permit, a term, condition or schedule of compliance contained within this NPDES permit, or the State law is subject to the actions defined in the State law.

B. Duty to reapply

If the permittee wishes to continue an activity regulated by this permit after the expiration date of this permit, the permittee must apply for and obtain a new permit. A permittee with a currently effective permit shall submit a new application 180 days before the existing permit expires, unless permission for a later date has been granted by the Department. The Department shall not grant permission for applications to be submitted later than the expiration date of the existing permit.

C. Need to halt or reduce activity not a defense

It shall not be a defense for a permittee in an enforcement action that it would have been necessary to halt or reduce the permitted activity in order to maintain compliance with the conditions of this permit.

D. Duty to mitigate

The permittee shall take all reasonable steps to minimize or prevent any discharge or sludge use or disposal in violation of this permit which has a reasonable likelihood of adversely affecting human health or the environment.

E.  Proper operation and maintenance

1.  The permittee shall at all times properly operate and maintain in good working order and operate as efficiently as possible all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the terms and conditions of this permit. Proper operation and maintenance includes effective performance based on design facility removals, adequate funding, adequate operator staffing and training and also includes adequate laboratory controls and appropriate quality assurance procedures. This provision requires the operation of back-up or auxiliary facilities or similar systems which are installed by a permittee only when the operation is necessary to achieve compliance with the conditions of the permit.

2.  Power Failures.  In order to maintain compliance with effluent limitations and prohibitions of this permit, the permittee shall either:

    a.  provide an alternative power source sufficient to operate the wastewater control facilities;

    b.  or have a plan of operation which will halt, reduce, or otherwise control production and/or all discharges upon the reduction, loss, or failure of the primary source of power to the wastewater control facilities.

3.  The permittee shall develop and maintain at the facility a complete Operations and Maintenance Manual for the waste treatment facilities. The manual shall be made available for on-site review during normal working hours. The manual shall contain operation and maintenance instructions for all equipment and appurtenances associated with the waste treatment facilities and land application system, if applicable. The manual shall contain a general description of the treatment process(es), the operational procedures to meet the requirements of E.1 above, and the corrective action to be taken should operating difficulties be encountered.

4.  The permittee shall provide for the performance of daily treatment facility inspections by a certified operator of the appropriate grade as defined in Part V.E of this permit. The Department may make exceptions to the daily operator requirement in accordance with R.61-9.122.41(e)(3)(ii). The inspections shall include, but should not necessarily be limited to, areas which require visual observation to determine efficient operation and for which immediate corrective measures can be taken using the O & M manual as a guide. All inspections shall be recorded and shall include the date, time, and name of the person making the inspection, corrective measures taken, and routine equipment maintenance, repair, or replacement performed. The permittee shall maintain all records of inspections at the permitted facility as required by the permit, and the records shall be made available for on-site review during normal working hours.

5.  The name and grade of the operator of record shall be submitted to DHEC/Bureau of Water/Water Pollution Control Division prior to placing the facility into operation. A roster of operators associated with the facility's operation and their certification grades shall also be submitted with the name of the "operator-in-charge." Any changes in operator or operators shall be submitted to the Department as they occur.

F.  Permit actions

This permit may be modified, revoked and reissued, or terminated for cause. The filing of a request by the permittee for a permit modification, revocation and reissuance, or termination, or a notification of planned changes or anticipated noncompliance does not stay any permit condition.

Part II
Page 8 of 60
Permit No. SC0003557

G.  Property rights

This permit does not convey any property rights of any sort, or any exclusive privilege nor does it authorize any injury to persons or property or invasion of other private rights, or any infringement of State or local law or regulations.

H.  Duty to provide information

The permittee shall furnish to the Department, within a reasonable time, any information which the Department may request to determine whether cause exists for modifying, revoking and reissuing, or terminating this permit or to determine compliance with this permit.  The permittee shall also furnish to the Department upon request, copies of records required to be kept by this permit.

I.  Inspection and entry

The permittee shall allow the Department, or an authorized representative (including an authorized contractor acting as a representative of the Department), upon presentation of credentials and other documents as may be required by law, to:

1.  Enter upon the permittee's premises where a regulated facility or activity is located or conducted, or where records must be kept under the conditions of this permit;

2.  Have access to and copy, at reasonable times, any records that must be kept under the conditions of this permit;

3.  Inspect at reasonable times any facilities, equipment (including monitoring and control equipment), practices, or operations regulated or required under this permit; and

4.  Sample or monitor at reasonable times, for the purposes of assuring permit compliance or as otherwise authorized by the Clean Water Act and Pollution Control Act, any substances or parameters at any location.

J.  Monitoring and records

1.  a.  (1) Samples and measurements taken for the purpose of monitoring shall be representative of the monitored activity.

    (2) Samples shall be reasonably distributed in time, while maintaining representative sampling.

    (3) No analysis, which is otherwise valid, shall be terminated for the purpose of preventing the analysis from showing a permit or water quality violation.

    b.  Flow Measurements.

(1) Where primary flow meters are required, appropriate flow measurement devices and methods consistent with accepted scientific practices shall be present and used to ensure the accuracy and reliability of measurements of the volume of monitored discharges. The devices shall be installed, calibrated and maintained to ensure that the accuracy of the measurements are consistent with the accepted capability of that type of device. Devices selected shall be capable of measuring flows with a maximum deviation of less than ☐10% from the true discharge rates throughout the range of expected discharge volumes. The primary flow device, where required, must be accessible to the use of a continuous flow recorder.

(2) Where permits require an estimate of flow, the permittee shall maintain at the permitted facility a record of the method(s) used in estimating the discharge flow (e.g., pump curves, production charts, water use records) for the outfall(s) designated on limits pages to monitor flow by an estimate.

(3) Records of any necessary calibrations must be kept.

2. Except for records of monitoring information required by this permit related to the permittee's sewage sludge use and disposal activities, which shall be retained for a period of at least five years (or longer as required by R.61-9.503 or R.61-9.504), the permittee shall retain records of all monitoring information, including all calibration and maintenance records and all original strip chart recordings for continuous monitoring instrumentation, copies of all reports required by this permit, and records of all data used to complete the application for this permit, for a period of at least 3 years from the date of the sample, measurement, report or application. This period may be extended by request of the Department at any time.

3. Records of monitoring information shall include:

   a. The date, exact place, and time of sampling or measurements;

   b. The individual(s) who performed the sampling or measurements;

   c. The date(s) analyses were performed;

   d. The individual(s) who performed the analyses;

   e. The analytical techniques or methods used; and

   f. The results of such analyses.

4. a. Analyses for required monitoring must be conducted according to test procedures approved under 40 CFR Part 136, equivalent test procedures approved by the Department or other test procedures that have been specified in the permit.

   In the case of sludge use or disposal, analysis for required monitoring must be conducted according to test procedures approved under 40 CFR Part 136, test procedures specified in R.61-9.503 or R.61-9.504, equivalent test procedures approved by the Department or other test procedures that have been specified in the permit.

b.  Unless addressed elsewhere in this permit, the permittee shall use a sufficiently sensitive analytical method that achieves a value below the derived permit limit stated in Part III. If more than one method of analysis is approved for use, the Department recommends for reasonable potential determinations that the permittee use the method having the lowest practical quantitation limit (PQL) unless otherwise specified in Part V of the permit. For the purposes of reporting analytical data on the Discharge Monitoring Report (DMR):

(1)  Analytical results below the PQL conducted using a method in accordance with Part II.J.4.a above shall be reported as zero (0). Zero (0) shall also be used to average results which are below the PQL. When zero (0) is reported or used to average results, the permittee shall report, in the "Comment Section" or in an attachment to the DMR, the analytical method used, the PQL achieved, and the number of times results below the PQL were reported as zero (0).

(2) Analytical results above the PQL conducted using a method in accordance with Part II.J.4.a shall be reported as the value achieved. When averaging results using a value containing a "less than," the average shall be calculated using the value and reported as "less than" the average of all results collected.

(3)(a)  The mass value for a pollutant collected using a grab sample shall be calculated using the 24-hour totalized flow for the day the sample was collected (if available) or the instantaneous flow at the time of the sample and either the concentration value actually achieved or the value as determined from the procedures in (1) or (2) above, as appropriate. Grab samples should be collected at a time representative of the discharge.

(b)  The mass value for a pollutant collected using a composite sample shall be calculated using the 24-hour totalized flow measured for the day the sample was collected and either the concentration value actually achieved or the value as determined from the procedures in (1) or (2) above, as appropriate.

5.  The PCA provides that any person who falsifies, tampers with, or knowingly renders inaccurate any monitoring device or method required to be maintained under this permit shall, upon conviction, be punished by a fine of not more than $25,000 or by imprisonment for not more than 2 years, or both. If a conviction of a person is for a violation committed after a first conviction of such person under this paragraph, punishment provided by the Clean Water Act is also by imprisonment of not more than 4 years.

K.  Signatory requirement.

1.  All applications, reports, or information submitted to the Department shall be signed and certified.

a.  Applications. All permit applications shall be signed as follows:

(1) For a corporation: by a responsible corporate officer. For the purpose of this section, a responsible corporate officer means:

(a) A president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation, or

(b) The manager of one or more manufacturing, production, or operating facilities, provided the manager is authorized to make management decisions which govern the operation of the regulated facility including having the explicit or implicit duty of making major capital investment recommendations, and initiating and directing other comprehensive measures to assure long term environmental compliance with environmental laws and regulations; the manager can ensure that the necessary systems are established or actions taken to gather complete and accurate information for permit application requirements; and where authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

(2) For a partnership or sole proprietorship: by a general partner or the proprietor, respectively; or

(3) For a municipality, State, Federal, or other public agency or public facility: By either a principal executive officer, mayor, or other duly authorized employee or ranking elected official. For purposes of this section, a principal executive officer of a Federal agency includes:

(a) The chief executive officer of the agency, or

(b) A senior executive officer having responsibility for the overall operations of a principal geographic unit of the agency (e.g., Regional Administrator, Region IV, EPA).

b.  All reports required by permits, and other information requested by the Department, shall be signed by a person described in Part II.K.1.a of this section, or by a duly authorized representative of that person. A person is a duly authorized representative only if:

(1) The authorization is made in writing by a person described in Part II.K.1.a of this section;

(2) The authorization specifies either an individual or a position having responsibility for the overall operation of the regulated facility or activity such as the position of plant manager, operator of a well or a well field, superintendent, position of equivalent responsibility, or an individual or position having overall responsibility for environmental matters for the company. (A duly authorized representative may thus be either a named individual or any individual occupying a named position.) and,

(3) The written authorization is submitted to the Department.

c.  Changes to authorization. If an authorization under Part II.K.1.b of this section is no longer accurate because a different individual or position has responsibility for the overall operation of the facility, a new authorization satisfying the requirements of Part II.K.1.b of this section must be submitted to the Department prior to or together with any reports, information, or applications to be signed by an authorized representative.

d.  Certification.  Any person signing a document under Part II.K.1.a or b of this section shall make the following certification: "I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

2.  The PCA provides that any person who knowingly makes any false statement, representation, or certification in any record or other document submitted or required to be maintained under this permit, including monitoring reports or reports of compliance or non-compliance shall, upon conviction, be punished by a fine of not more than $25,000 per violation, or by imprisonment for not more than two years per violation, or by both.

L.  Reporting requirements

1.  Planned changes.

   The permittee shall give written notice to DHEC/Bureau of Water/Water Facilities Permitting Division as soon as possible of any planned physical alterations or additions to the permitted facility. Notice is required only when:

   a.  The alteration or addition to a permitted facility may meet one of the criteria for determining whether a facility is a new source in R 61-9.122.29(b); or

   b.  The alteration or addition could significantly change the nature or increase the quantity of pollutants discharged. This notification applies to pollutants which are subject neither to effluent limitations in the permit, nor to notification requirements under Part II.L.8 of this section.

   c.  The alteration or addition results in a significant change in the permittee's sewage sludge or industrial sludge use or disposal practices, and such alteration, addition, or change may justify the application of permit conditions that are different from or absent in the existing permit, including notification of additional use or disposal sites not reported during the permit application process or not reported pursuant to an approved land application plan (included in the NPDES permit directly or by reference);

2.  Anticipated noncompliance.

   The permittee shall give advance notice to the DHEC/Bureau of Water/Water Pollution Control Division of any planned changes in the permitted facility or activity which may result in noncompliance with permit requirements.

3.  Transfers.

Part II
Page 13 of 60
Permit No. SC0003557

This permit is not transferable to any person except after written notice to the DHEC/Bureau of Water/NPDES Administration. The Department may require modification or revocation and reissuance of the permit to change the name of permittee and incorporate such other requirements as may be necessary under the Pollution Control Act and the Clean Water Act.

a. Transfers by modification. Except as provided in paragraph b of this section, a permit may be transferred by the permittee to a new owner or operator only if the permit has been modified or revoked and reissued (under R.61-9.122.62(e)(2)), or a minor modification made (under R.61-9.122.63(d)), to identify the new permittee and incorporate such other requirements as may be necessary under CWA.

b. Other transfers. As an alternative to transfers under paragraph a of this section, any NPDES permit may be transferred to a new permittee if:
   (1) The current permittee notifies the Department at least 30 days in advance of the proposed transfer date in Part II.L.3.b(2) of this section;

   (2) The notice includes U.S. EPA NPDES Application Form 1 and a written agreement between the existing and new permittees containing a specific date for transfer of permit responsibility, coverage, and liability between them; and

   (3) Permits are non-transferable except with prior consent of the Department. A modification under this section is a minor modification which does not require public notice.

4. Monitoring reports. Monitoring results shall be reported at the intervals specified elsewhere in this permit.

a. Monitoring results must be reported on a Discharge Monitoring Report (DMR) or forms provided or specified by the Department for reporting results of monitoring of sludge use or disposal practices including the following:

   (1) Effluent Monitoring: Effluent monitoring results obtained at the required frequency shall be reported on a Discharge Monitoring Report Form (EPA Form 3320-1). The DMR is due postmarked no later than the 28th day of the month following the end of the monitoring period. One original and one copy of the Discharge Monitoring Reports (DMRs) shall be submitted to:

   S.C. Department of Health and Environmental Control
   Bureau of Water/Water Pollution Control Division
   Data and Records Management Section
   2600 Bull Street
   Columbia, South Carolina 29201

   (2) Groundwater Monitoring: Groundwater monitoring results obtained at the required frequency shall be reported on a Groundwater Monitoring Report Form (DHEC 2110) (or in the laboratory report from the analyzing laboratory) postmarked no later than the 28th day of the month following the end of the monitoring period. One original and one copy of the Groundwater Monitoring Report Form (DHEC 2110) (or the laboratory report from the analyzing laboratory) shall be submitted to:

Part II
Page 14 of 60
Permit No. SC0003557

S.C. Department of Health and Environmental Control
Bureau of Water/Water Pollution Control Division
Data and Records Management Section
2600 Bull Street
Columbia, South Carolina 29201

(3) Sludge, Biosolids and/or Soil Monitoring: Sludge, biosolids and/or soil monitoring results obtained at the required frequency shall be reported in a laboratory format as stated in Part V of the permit postmarked no later than the 28th day of the month following the end of the monitoring period, unless otherwise stated elsewhere in this permit. Two copies of these results shall be submitted to:

S.C. Department of Health and Environmental Control
Bureau of Water/Water Pollution Control Division
Data and Records Management Section
2600 Bull Street
Columbia, South Carolina 29201

(4) All other reports required by this permit shall be submitted postmarked no later than the 28th day of the month following the end of the monitoring period, unless otherwise stated elsewhere in this permit. Two copies of these reports shall be submitted to:

S.C. Department of Health and Environmental Control
Bureau of Water/Water Pollution Control Division
Data and Records Management Section
2600 Bull Street
Columbia, South Carolina 29201

b. If the permittee monitors any pollutant more frequently than required by the permit using test procedures approved under 40 CFR Part 136 or, in the case of sludge use or disposal, approved under 40 CFR Part 136 unless otherwise specified in R.61-9.503 or R.61-9.504, or as specified in the permit, all valid results of this monitoring shall be included in the calculation and reporting of the data submitted in the DMR or sludge reporting form specified by the Department. The permittee has sole responsibility for scheduling analyses, other than for the sample date specified in Part V, so as to ensure there is sufficient opportunity to complete and report the required number of valid results for each monitoring period.

c. Calculations for all limitations which require averaging of measurements shall utilize an arithmetic mean unless otherwise specified by the Department in the permit.

5. Twenty-four hour reporting

a. The permittee shall report any non-compliance, which may endanger health or the environment. Any information shall be provided orally to local DHEC office within 24 hours from the time the permittee becomes aware of the circumstances. During normal working hours call:

| County | DHEC Regional Area | Phone No. |
|---|---|---|
| Fairfield, Lexington, Newberry, Richland | Midlands Region BEHS Columbia | 803-896-0620 |

*After-hour reporting should be made to the 24-Hour Emergency Response telephone number 803-253-6488 or 1-888-481-0125 outside of the Columbia area.

A written submission shall also be provided to the address in Part II.L.4.a(4) within 5 days of the time the permittee becomes aware of the circumstances. The written submission shall contain a description of the noncompliance and its cause; the period of noncompliance, including exact dates and times, and if the noncompliance has not been corrected, the anticipated time it is expected to continue; and steps taken or planned to reduce, eliminate, and prevent reoccurrence of the noncompliance.

b. The following shall be included as information which must be reported within 24 hours under this paragraph.

(1) Any unanticipated bypass which exceeds any effluent limitation in the permit. (See R.61-9.122.44(g)).

(2) Any upset which exceeds any effluent limitation in the permit.

(3) Violation of a maximum daily discharge limitation for any of the pollutants listed by the Department in the permit to be reported within 24 hours (See R 61-9.122.44(g)). If the permit contains maximum limitations for any of the pollutants listed below, a violation of the maximum limitations shall be reported orally to the DHEC/Bureau of Water/Water Pollution Control Division within 24 hours or the next business day.

(a) Whole Effluent Toxicity (WET),
(b) tributyl tin (TBT), and
(c) any of the following bioaccumulative pollutants:

| | |
|---|---|
| α BHC | Mercury |
| β BHC | Mirex |
| δ BHC (Lindane) | Octachlorostyrene |
| BHC | PCBs |
| Chlordane | Pentachlorobenzene |
| DDD | Photomirex |
| DDE | 1,2,3,4-Tetrachlorobenzene |
| DDT | 1,2,4,5-Tetrachlorobenzene |
| Dieldrin | 2,3,7,8-TCDD |
| Hexachlorobenzene | Toxaphene |
| Hexachlorobutadiene | |

c. The Department may waive the written report on a case-by-case basis for reports under Part II.L.5.b of this section if the oral report has been received within 24 hours.

6. Other noncompliance.

The permittee shall report all instances of noncompliance not reported under Part II.L.4 and 5 of this section and Part IV at the time monitoring reports are submitted. The reports shall contain the information listed in Part II.L.5 of this section.

7. Other information.

Part II
Page 16 of 60
Permit No. SC0003557

Where the permittee becomes aware that it failed to submit any relevant facts in a permit application, or submitted incorrect information in a permit application or in any report to the Department, it shall promptly submit such facts or information to the Water Facilities Permitting Division. This information may result in permit modification, revocation and reissuance, or termination in accordance with Regulation 61-9.

8.  Existing manufacturing, commercial, mining, and silvicultural dischargers.

    In addition to the reporting requirements under Part II.L.1-7 of this section, all existing manufacturing, commercial, mining, and silvicultural dischargers must notify the DHEC/Bureau of Water/Water Pollution Control Division of the Department as soon as they know or have reason to believe:

    a.  That any activity has occurred or will occur which would result in the discharge on a routine or frequent basis, of any toxic pollutant which is not limited in the permit, if that discharge will exceed the highest of the following "notification levels":

        (1) One hundred micrograms per liter (100 µg/l);

        (2) Two hundred micrograms per liter (200 µg/l) for acrolein and acrylonitrile; five hundred micrograms per liter (500 µg/l) for 2,4-dinitrophenol and for 2-methyl-4,6-dinitrophenol; and one milligram per liter (1 mg/l) for antimony;

        (3) Five (5) times the maximum concentration value reported for that pollutant in the permit application; or

        (4) The level established by the Department in accordance with section R.61-9.122.44(f).

    b.  That any activity has occurred or will occur which would result in any discharge, on a non-routine or infrequent basis, of a toxic pollutant which is not limited in the permit, if that discharge will exceed in the highest of the following "notification levels":

        (1) Five hundred micrograms per liter (500 µg/l);

        (2) One milligram per liter (1 mg/l) for antimony;

        (3) Ten (10) times the maximum concentration value reported for that pollutant in the permit application in accordance with R.61-9.122.21(g)(7).

        (4) The level established by the Department in accordance with section R.61-9.122.44(f).

M.  Bypass

    1.  Bypass not exceeding limitations.  The permittee may allow any bypass to occur which does not cause effluent limitations to be exceeded but only if it also is for essential maintenance to assure efficient operation.  These bypasses are not subject to the provisions of Part II.M.2 and 3 of this section.

    2.  Notice.

    a.  Anticipated bypass. If the permittee knows in advance of the need for a bypass, it shall submit prior notice, if possible, at least ten days before the date of the bypass to the DHEC/Bureau of Water/ Water Facilities Permitting Division.

    b.  Unanticipated bypass. The permittee shall submit notice of an unanticipated bypass as required in Part II.L.5 of this section.

3.  Prohibition of bypass

    a.  Bypass is prohibited, and the Department may take enforcement action against a permittee for bypass, unless:

        (1) Bypass was unavoidable to prevent loss of life, personal injury, or severe property damage;

        (2) There were no feasible alternatives to the bypass, such as the use of auxiliary treatment facilities, retention of untreated wastes, or maintenance during normal periods of equipment downtime. This condition is not satisfied if adequate back-up equipment should have been installed in the exercise of reasonable engineering judgment to prevent a bypass which occurred during normal periods of equipment downtime or preventive maintenance; and

        (3) The permittee submitted notices as required under Part II.M.2 of this section.

    b.  The Department may approve an anticipated bypass, after considering its adverse effects, if the Department determines that it will meet the three conditions listed above in Part II.M.3.a of this section.

N. Upset

1.  Effect of an upset. An upset constitutes an affirmative defense to an action brought for noncompliance with such technology based permit effluent limitations if the requirements of Part II.N.2 of this section are met. No determination made during administrative review of claims that noncompliance was caused by upset, and before an action for noncompliance, is final administrative action subject to judicial review.

2.  Conditions necessary for a demonstration of upset. A permittee who wishes to establish the affirmative defense of upset shall demonstrate, through properly signed, contemporaneous operating logs, or other relevant evidence that:

    a.  An upset occurred and that the permittee can identify the cause(s) of the upset;

    b.  The permitted facility was at the time being properly operated; and

    c.  The permittee submitted notice of the upset as required in Part II.L.5.b(2) of this section.

    d.  The permittee complied with any remedial measures required under Part II.D of this section.

3.  Burden of proof. In any enforcement proceeding, the permittee seeking to establish the occurrence of an upset has the burden of proof.

Part II
Page 18 of 60
Permit No. SC0003557

O. Misrepresentation of Information

1. Any person making application for a NPDES discharge permit or filing any record, report, or other document pursuant to a regulation of the Department, shall certify that all information contained in such document is true. All application facts certified to by the applicant shall be considered valid conditions of the permit issued pursuant to the application.

2. Any person who knowingly makes any false statement, representation, or certification in any application, record, report, or other documents filed with the Department pursuant to the State law, and the rules and regulations pursuant to that law, shall be deemed to have violated a permit condition and shall be subject to the penalties provided for pursuant to 48-1-320 or 48-1-330.

Part III
Page 19 of 60
Permit No. SC0003557

## Part III. Limitations and Monitoring Requirements

A.  Effluent Limitations and Monitoring Requirements

1.  During the period beginning on the effective date of this permit and lasting through the expiration date, the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Flow | MR[1] MGD | MR[1] MGD | - | - | Daily | Continuous[2] |
| pH | - | - | Min 6.0 su, Max 9.0 su[3] | | Daily | Continuous[8] |
| Dissolved Oxygen | - | - | MR[1] mg/l Minimum[3] | | 1/Quarter | Grab |
| E. Coli | - | - | 126/100 ml | 349/100 ml | 1/Month | Grab |
| Ammonia Nitrogen ($NH_3$-N)[4] | - | - | MR[1] mg/l | MR[1] mg/l | 1/Quarter | 24-Hr. Composite |
| Total Phosphorus[4] | - | - | MR[1] mg/l | MR[1] mg/l | 1/Quarter | 24-Hr. Composite |

See footnotes on page 29.

Part III
Page 20 of 60
Permit No. SC0003557

2. During the period beginning on the effective date of this permit and lasting until <u>one year from the permit effective date</u>, the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Turbidity | - | - | - | MR[1] NTU[3] | 1/Month | Grab |

See footnotes on page 29.

3. During the period beginning <u>one year from the permit effective date</u> and lasting through the permit expiration date, the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Turbidity | - | - | - | MR[1] NTU[3] | 1/Quarter | Grab |

See footnotes on page 29.

4. Tier 1 Limits (0.111 – 0.275 MGD): During the period beginning on the effective date of this permit and lasting through the expiration date or the initiation of an alternate level of production (see Part V.E.5), the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|
| | Mass (lbs/day) | | Concentration (mg/l) | | Measurement Frequency | Sample Type |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | | |
| Total Process Flow | MR[1], mgd | MR, mgd | - | - | Daily | Estimate[2] |
| Biochemical Oxygen Demand (BOD$_5$) | 39 | 99 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| Total Suspended Solids (TSS) | 64 | 195 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| 1,1,1-Trichloroethane | 0.030 | 0.076 | 0.021 | 0.054 | 1/year | Grab |
| 1,1,2-Trichloroethane | 0.030 | 0.076 | 0.021 | 0.054 | 1/year | Grab |
| 1,1-Dichloroethane | 0.031 | 0.083 | 0.022 | 0.059 | 1/year | Grab |
| 1,1-Dichloroethylene | 0.023 | 0.035 | 0.016 | 0.025 | 1/year | Grab |
| 1,2,4-Trichlorobenzene | 0.096 | 0.197 | 0.068 | 0.140 | 1/year | Grab |
| 1,2-Dichlorobenzene | 0.109 | 0.230 | 0.077 | 0.163 | 1/year | Grab |
| 1,2-Dichloroethane | 0.096 | 0.298 | 0.068 | 0.211 | 1/year | Grab |
| 1,2-Dichloropropane | 0.216 | 0.324 | 0.153 | 0.230 | 1/year | Grab |
| 1,2-trans-Dichloroethylene | 0.030 | 0.076 | 0.021 | 0.054 | 1/year | Grab |
| 1,3-Dichlorobenzene | 0.044 | 0.062 | 0.031 | 0.044 | 1/year | Grab |
| 1,3-Dichloropropene | 0.041 | 0.062 | 0.029 | 0.044 | 1/year | Grab |
| 1,4-Dichlorobenzene | 0.021 | 0.039 | 0.015 | 0.028 | 1/year | Grab |
| 2,4-Dichlorophenol | 0.055 | 0.158 | 0.039 | 0.112 | 1/year | 24-Hr. Composite |
| 2,4-Dimethylphenol | 0.025 | 0.051 | 0.018 | 0.036 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrophenol | 0.100 | 0.173 | 0.071 | 0.123 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrotoluene | 0.159 | 0.402 | 0.113 | 0.285 | 1/year | 24-Hr. Composite |
| 2,6-Dinitrotoluene | 0.360 | 0.904 | 0.255 | 0.641 | 1/year | 24-Hr. Composite |
| 2-Chlorophenol | 0.044 | 0.138 | 0.031 | 0.098 | 1/year | 24-Hr. Composite |
| 2-Nitrophenol | 0.058 | 0.097 | 0.041 | 0.069 | 1/year | 24-Hr. Composite |
| 3,4-Benzofluoranthene | 0.032 | 0.086 | 0.012 | 0.018 | 1/year | 24-Hr. Composite |
| 4,6-Dinitro-o-Cresol | 0.110 | 0.391 | 0.078 | 0.277 | 1/year | 24-Hr. Composite |
| 4-Nitrophenol | 0.102 | 0.175 | 0.072 | 0.124 | 1/year | 24-Hr. Composite |
| Acenaphthene | 0.031 | 0.083 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Acenaphthylene | 0.031 | 0.083 | 0.020 | 0.026 | 1/year | 24-Hr. Composite |

Part III
Page 22 of 60
Permit No. SC0003557

| | | | | | | |
|---|---|---|---|---|---|---|
| Acrylonitrile | 0.135 | 0.341 | 0.096 | 0.242 | 1/year | Grab |
| Anthracene | 0.031 | 0.083 | 0.014 | 0.014 | 1/year | 24-Hr. Composite |
| Benzene | 0.052 | 0.192 | 0.037 | 0.136 | 1/year | Grab |
| Benzo(a)Anthracene | 0.031 | 0.083 | 0.012 | 0.018 | 1/year | 24-Hr. Composite |
| Benzo(a)Pyrene | 0.032 | 0.086 | 0.012 | 0.018 | 1/year | 24-Hr. Composite |
| Benzo(k)Fluoranthene | 0.031 | 0.083 | 0.012 | 0.018 | 1/year | 24-Hr. Composite |
| Bis(2-ethylhexyl) Phthalate | 0.145 | 0.393 | 0.103 | 0.279 | 1/year | 24-Hr. Composite |
| Carbon Tetrachloride | 0.025 | 0.054 | 0.018 | 0.038 | 1/year | Grab |
| Chlorobenzene | 0.021 | 0.039 | 0.015 | 0.028 | 1/year | Grab |
| Chloroethane | 0.147 | 0.378 | 0.104 | 0.268 | 1/year | Grab |
| Chloroform | 0.030 | 0.065 | 0.021 | 0.046 | 1/year | Grab |
| Chrysene | 0.031 | 0.083 | 0.012 | 0.018 | 1/year | 24-Hr. Composite |
| Diethyl Phthalate | 0.114 | 0.286 | 0.081 | 0.203 | 1/year | 24-Hr. Composite |
| Dimethyl Phthalate | 0.027 | 0.066 | 0.019 | 0.047 | 1/year | 24-Hr. Composite |
| Di-n-Butyl Phthalate | 0.038 | 0.080 | 0.027 | 0.057 | 1/year | 24-Hr. Composite |
| Ethylbenzene | 0.045 | 0.152 | 0.032 | 0.108 | 1/year | Grab |
| Fluoranthene | 0.035 | 0.096 | 0.025 | 0.068 | 1/year | 24-Hr. Composite |
| Fluorene | 0.031 | 0.083 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Hexachlorobenzene[4] | 0.021 | 0.039 | 0.001 | 0.001 | 1/year | 24-Hr. Composite |
| Hexachlorobutadiene | 0.028 | 0.069 | 0.020 | 0.049 | 1/year | 24-Hr. Composite |
| Hexachloroethane | 0.030 | 0.076 | 0.021 | 0.054 | 1/year | 24-Hr. Composite |
| Methyl Chloride | 0.121 | 0.268 | 0.086 | 0.190 | 1/year | Grab |
| Methylene Chloride | 0.056 | 0.126 | 0.040 | 0.089 | 1/year | Grab |
| Naphthalene | 0.031 | 0.083 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Nitrobenzene | 0.038 | 0.096 | 0.027 | 0.068 | 1/year | 24-Hr. Composite |
| Phenanthrene | 0.031 | 0.083 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Phenol | 0.021 | 0.037 | 0.015 | 0.026 | 1/year | 24-Hr. Composite |
| Pyrene | 0.035 | 0.094 | 0.008 | 0.014 | 1/year | 24-Hr. Composite |
| Tetrachloroethylene | 0.031 | 0.079 | 0.022 | 0.056 | 1/year | Grab |
| Toluene | 0.037 | 0.113 | 0.026 | 0.080 | 1/year | Grab |
| Trichloroethylene | 0.030 | 0.076 | 0.021 | 0.054 | 1/year | Grab |
| Vinyl Chloride | 0.147 | 0.378 | 0.104 | 0.243 | 1/year | Grab |
| Total Zinc | 1.481 | 3.681 | 1.050 | 2.610 | 1/year | 24-Hr. Composite |

See footnotes on page 29.

5. Tier 2 Limits (0.276 - 0.486 MGD): During the period beginning on the initiation of Tier 2 limits and lasting through the expiration date or the initiation of an alternate level of production (see Part V.E.5), the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
| | Mass (lbs/day) | | Concentration (mg/l) | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
|---|---|---|---|---|---|---|
| Total Process Flow | MR[1], mgd | MR[1], mgd | - | - | Daily | Estimate[2] |
| Biochemical Oxygen Demand (BOD₅) | 80 | 209 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| Total Suspended Solids (TSS) | 134 | 422 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| 1,1,1-Trichloroethane | 0.067 | 0.172 | 0.021 | 0.054 | 1/year | Grab |
| 1,1,2-Trichloroethane | 0.067 | 0.172 | 0.021 | 0.054 | 1/year | Grab |
| 1,1-Dichloroethane | 0.070 | 0.188 | 0.022 | 0.059 | 1/year | Grab |
| 1,1-Dichloroethylene | 0.051 | 0.079 | 0.016 | 0.025 | 1/year | Grab |
| 1,2,4-Trichlorobenzene | 0.216 | 0.445 | 0.068 | 0.140 | 1/year | Grab |
| 1,2-Dichlorobenzene | 0.245 | 0.518 | 0.077 | 0.163 | 1/year | Grab |
| 1,2-Dichloroethane | 0.216 | 0.671 | 0.068 | 0.211 | 1/year | Grab |
| 1,2-Dichloropropane | 0.486 | 0.731 | 0.153 | 0.230 | 1/year | Grab |
| 1,2-trans-Dichloroethylene | 0.067 | 0.172 | 0.021 | 0.054 | 1/year | Grab |
| 1,3-Dichlorobenzene | 0.099 | 0.140 | 0.031 | 0.044 | 1/year | Grab |
| 1,3-Dichloropropene | 0.092 | 0.140 | 0.029 | 0.044 | 1/year | Grab |
| 1,4-Dichlorobenzene | 0.048 | 0.089 | 0.015 | 0.028 | 1/year | Grab |
| 2,4-Dichlorophenol | 0.124 | 0.356 | 0.039 | 0.112 | 1/year | 24-Hr. Composite |
| 2,4-Dimethylphenol | 0.057 | 0.114 | 0.018 | 0.036 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrophenol | 0.226 | 0.391 | 0.071 | 0.123 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrotoluene | 0.359 | 0.906 | 0.113 | 0.285 | 1/year | 24-Hr. Composite |
| 2,6-Dinitrotoluene | 0.811 | 2.038 | 0.255 | 0.641 | 1/year | 24-Hr. Composite |
| 2-Chlorophenol | 0.099 | 0.312 | 0.031 | 0.098 | 1/year | 24-Hr. Composite |
| 2-Nitrophenol | 0.130 | 0.219 | 0.041 | 0.069 | 1/year | 24-Hr. Composite |
| 3,4-Benzofluoranthene | 0.073 | 0.194 | 0.012 | 0.017 | 1/year | 24-Hr. Composite |
| 4,6-Dinitro-o-Cresol | 0.248 | 0.881 | 0.078 | 0.277 | 1/year | 24-Hr. Composite |
| 4-Nitrophenol | 0.229 | 0.394 | 0.072 | 0.124 | 1/year | 24-Hr. Composite |
| Acenaphthene | 0.070 | 0.188 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Acenaphthylene | 0.070 | 0.188 | 0.020 | 0.026 | 1/year | 24-Hr. Composite |

| | | | | | | |
|---|---|---|---|---|---|---|
| Acrylonitrile | 0.305 | 0.769 | 0.096 | 0.230 | 1/year | Grab |
| Anthracene | 0.070 | 0.188 | 0.014 | 0.014 | 1/year | 24-Hr. Composite |
| Benzene | 0.118 | 0.432 | 0.037 | 0.136 | 1/year | Grab |
| Benzo(a)Anthracene | 0.070 | 0.188 | 0.012 | 0.017 | 1/year | 24-Hr. Composite |
| Benzo(a)Pyrene | 0.073 | 0.194 | 0.012 | 0.017 | 1/year | 24-Hr. Composite |
| Benzo(k)Fluoranthene | 0.070 | 0.188 | 0.012 | 0.017 | 1/year | 24-Hr. Composite |
| Bis(2-ethylhexyl) Phthalate | 0.327 | 0.887 | 0.103 | 0.279 | 1/year | 24-Hr. Composite |
| Carbon Tetrachloride | 0.057 | 0.121 | 0.018 | 0.038 | 1/year | Grab |
| Chlorobenzene | 0.048 | 0.089 | 0.015 | 0.028 | 1/year | Grab |
| Chloroethane | 0.331 | 0.852 | 0.104 | 0.268 | 1/year | Grab |
| Chloroform | 0.067 | 0.146 | 0.021 | 0.046 | 1/year | Grab |
| Chrysene | 0.070 | 0.188 | 0.012 | 0.017 | 1/year | 24-Hr. Composite |
| Diethyl Phthalate | 0.258 | 0.645 | 0.081 | 0.203 | 1/year | 24-Hr. Composite |
| Dimethyl Phthalate | 0.060 | 0.149 | 0.019 | 0.047 | 1/year | 24-Hr. Composite |
| Di-n-Butyl Phthalate | 0.086 | 0.181 | 0.027 | 0.057 | 1/year | 24-Hr. Composite |
| Ethylbenzene | 0.102 | 0.343 | 0.032 | 0.108 | 1/year | Grab |
| Fluoranthene | 0.079 | 0.216 | 0.025 | 0.068 | 1/year | 24-Hr. Composite |
| Fluorene | 0.070 | 0.188 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Hexachlorobenzene[4] | 0.048 | 0.089 | 0.0009 | 0.001 | 1/year | 24-Hr. Composite |
| Hexachlorobutadiene | 0.064 | 0.156 | 0.020 | 0.049 | 1/year | 24-Hr. Composite |
| Hexachloroethane | 0.067 | 0.172 | 0.021 | 0.054 | 1/year | 24-Hr. Composite |
| Methyl Chloride | 0.273 | 0.604 | 0.086 | 0.190 | 1/year | Grab |
| Methylene Chloride | 0.127 | 0.283 | 0.040 | 0.089 | 1/year | Grab |
| Naphthalene | 0.070 | 0.188 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Nitrobenzene | 0.086 | 0.216 | 0.027 | 0.068 | 1/year | 24-Hr. Composite |
| Phenanthrene | 0.070 | 0.188 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Phenol | 0.048 | 0.083 | 0.015 | 0.026 | 1/year | 24-Hr. Composite |
| Pyrene | 0.079 | 0.213 | 0.008 | 0.014 | 1/year | 24-Hr. Composite |
| Tetrachloroethylene | 0.070 | 0.178 | 0.022 | 0.056 | 1/year | Grab |
| Toluene | 0.083 | 0.254 | 0.026 | 0.080 | 1/year | Grab |
| Trichloroethylene | 0.067 | 0.172 | 0.021 | 0.054 | 1/year | Grab |
| Vinyl Chloride | 0.331 | 0.852 | 0.077 | 0.113 | 1/year | Grab |
| Total Zinc | 3.338 | 8.298 | 1.050 | 2.610 | 1/year | 24-Hr. Composite |

See footnotes on page 29.

Part III
Page 25 of 60
Permit No. SC0003557

6. Tier 3 Limits (0.487 - 0.650 MGD): During the period beginning on the initiation of Tier 3 limits and lasting through the expiration date or the initiation of an alternate level of production (see Part V.E.5), the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
| --- | --- | --- | --- | --- | --- | --- |
| | Mass (lbs/day) | | Concentration (mg/l) | | Measurement Frequency | Sample Type |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | | |
| Total Process Flow | MR[1], mgd | MR, mgd | - | - | 1/Month | Estimate[2] |
| Biochemical Oxygen Demand (BOD$_5$) | 103 | 269 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| Total Suspended Solids (TSS) | 179 | 540 | MR[1] | MR[1] | 1/Week | 24-Hr. Composite |
| 1,1,1-Trichloroethane | 0.103 | 0.264 | 0.021 | 0.054 | 1/year | Grab |
| 1,1,2-Trichloroethane | 0.103 | 0.264 | 0.021 | 0.054 | 1/year | Grab |
| 1,1-Dichloroethane | 0.108 | 0.289 | 0.022 | 0.059 | 1/year | Grab |
| 1,1-Dichloroethylene | 0.078 | 0.122 | 0.016 | 0.025 | 1/year | Grab |
| 1,2,4-Trichlorobenzene | 0.333 | 0.684 | 0.068 | 0.140 | 1/year | Grab |
| 1,2-Dichlorobenzene | 0.377 | 0.797 | 0.077 | 0.163 | 1/year | Grab |
| 1,2-Dichloroethane | 0.333 | 1.032 | 0.068 | 0.211 | 1/year | Grab |
| 1,2-Dichloropropane | 0.748 | 1.125 | 0.153 | 0.230 | 1/year | Grab |
| 1,2-trans-Dichloroethylene | 0.103 | 0.264 | 0.021 | 0.054 | 1/year | Grab |
| 1,3-Dichlorobenzene | 0.152 | 0.215 | 0.031 | 0.044 | 1/year | Grab |
| 1,3-Dichloropropene | 0.142 | 0.215 | 0.029 | 0.044 | 1/year | Grab |
| 1,4-Dichlorobenzene | 0.073 | 0.137 | 0.015 | 0.028 | 1/year | Grab |
| 2,4-Dichlorophenol | 0.191 | 0.548 | 0.039 | 0.112 | 1/year | 24-Hr. Composite |
| 2,4-Dimethylphenol | 0.088 | 0.176 | 0.018 | 0.036 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrophenol | 0.347 | 0.601 | 0.071 | 0.123 | 1/year | 24-Hr. Composite |
| 2,4-Dinitrotoluene | 0.553 | 1.394 | 0.113 | 0.285 | 1/year | 24-Hr. Composite |
| 2,6-Dinitrotoluene | 1.247 | 3.135 | 0.255 | 0.641 | 1/year | 24-Hr. Composite |
| 2-Chlorophenol | 0.152 | 0.469 | 0.031 | 0.098 | 1/year | 24-Hr. Composite |
| 2-Nitrophenol | 0.200 | 0.337 | 0.041 | 0.069 | 1/year | 24-Hr. Composite |
| 3,4-Benzofluoranthene | 0.112 | 0.298 | 0.008 | 0.011 | 1/year | 24-Hr. Composite |
| 4,6-Dinitro-o-Cresol | 0.381 | 1.355 | 0.078 | 0.277 | 1/year | 24-Hr. Composite |
| 4-Nitrophenol | 0.352 | 0.606 | 0.072 | 0.124 | 1/year | 24-Hr. Composite |
| Acenaphthene | 0.108 | 0.289 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Acenaphthylene | 0.108 | 0.289 | 0.020 | 0.026 | 1/year | 24-Hr. Composite |

Part III
Page 26 of 60
Permit No. SC0003557

| | | | | | | |
|---|---|---|---|---|---|---|
| Acrylonitrile | 0.469 | 1.183 | 0.096 | 0.148 | 1/year | Grab |
| Anthracene | 0.108 | 0.243 | 0.014 | 0.014 | 1/year | 24-Hr. Composite |
| Benzene | 0.181 | 0.665 | 0.037 | 0.136 | 1/year | Grab |
| Benzo(a)Anthracene | 0.108 | 0.289 | 0.008 | 0.011 | 1/year | 24-Hr. Composite |
| Benzo(a)Pyrene | 0.112 | 0.298 | 0.008 | 0.011 | 1/year | 24-Hr. Composite |
| Benzo(k)Fluoranthene | 0.108 | 0.291 | 0.008 | 0.011 | 1/year | 24-Hr. Composite |
| Bis(2-ethylhexyl) Phthalate | 0.504 | 1.364 | 0.103 | 0.279 | 1/year | 24-Hr. Composite |
| Carbon Tetrachloride | 0.088 | 0.186 | 0.018 | 0.038 | 1/year | Grab |
| Chlorobenzene | 0.073 | 0.137 | 0.015 | 0.028 | 1/year | Grab |
| Chloroethane | 0.509 | 1.311 | 0.104 | 0.268 | 1/year | Grab |
| Chloroform | 0.103 | 0.225 | 0.021 | 0.046 | 1/year | Grab |
| Chrysene | 0.108 | 0.289 | 0.008 | 0.011 | 1/year | 24-Hr. Composite |
| Diethyl Phthalate | 0.396 | 0.993 | 0.081 | 0.203 | 1/year | 24-Hr. Composite |
| Dimethyl Phthalate | 0.093 | 0.230 | 0.019 | 0.047 | 1/year | 24-Hr. Composite |
| Di-n-Butyl Phthalate | 0.132 | 0.279 | 0.027 | 0.057 | 1/year | 24-Hr. Composite |
| Ethylbenzene | 0.156 | 0.528 | 0.032 | 0.108 | 1/year | Grab |
| Fluoranthene | 0.122 | 0.333 | 0.025 | 0.068 | 1/year | 24-Hr. Composite |
| Fluorene | 0.108 | 0.289 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Hexachlorobenzene[4] | 0.073 | 0.137 | 0.0006 | 0.0008 | 1/year | 24-Hr. Composite |
| Hexachlorobutadiene | 0.098 | 0.240 | 0.020 | 0.049 | 1/year | 24-Hr. Composite |
| Hexachloroethane | 0.103 | 0.264 | 0.021 | 0.054 | 1/year | 24-Hr. Composite |
| Methyl Chloride | 0.421 | 0.929 | 0.086 | 0.190 | 1/year | Grab |
| Methylene Chloride | 0.196 | 0.435 | 0.040 | 0.089 | 1/year | Grab |
| Naphthalene | 0.108 | 0.289 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Nitrobenzene | 0.132 | 0.333 | 0.027 | 0.068 | 1/year | 24-Hr. Composite |
| Phenanthrene | 0.108 | 0.289 | 0.022 | 0.059 | 1/year | 24-Hr. Composite |
| Phenol | 0.073 | 0.127 | 0.015 | 0.026 | 1/year | 24-Hr. Composite |
| Pyrene | 0.118 | 0.236 | 0.008 | 0.014 | 1/year | 24-Hr. Composite |
| Tetrachloroethylene | 0.108 | 0.274 | 0.022 | 0.056 | 1/year | Grab |
| Toluene | 0.127 | 0.391 | 0.026 | 0.080 | 1/year | Grab |
| Trichloroethylene | 0.103 | 0.264 | 0.021 | 0.054 | 1/year | Grab |
| Vinyl Chloride | 0.509 | 1.311 | 0.050 | 0.073 | 1/year | Grab |
| Total Zinc | 5.187 | 12.894 | 1.050 | 2.610 | 1/year | 24-Hr. Composite |

See footnotes on page 29.

Part III
Page 27 of 60
Permit No. SC0003557

7. During the period beginning on the effective date of this permit and lasting through the expiration date, the permittee is authorized to discharge from outfall serial number 002: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Flow | $MR^1$ MGD | $MR^1$ MGD | - | - | Daily | Continuous[2] |
| pH | - | - | Min 6.0 su, Max 8.5 su[3] | | 1/Month | Grab |
| Dissolved Oxygen | - | - | Minimum of 5.0 mg/l[3] | | 1/Month | Grab |
| Temperature (effluent) | - | - | - | 90°F[3] | Daily | Continuous |

See footnotes on page 29.

8. During the period beginning on the effective date of this permit and lasting through July 31, 2014 the permittee is authorized to discharge from outfall serial number 002: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Temperature (upstream)[9] | - | - | - | MR°F[3] | 1/Month | Grab |
| Temperature (downstream)[6] | - | - | - | MR°F[3] | 1/Month | Grab |
| Temperature (rise)[7] | - | - | - | MR°F | 1/Month | Calculated |

See footnotes on page 29.

9. During the period beginning August 1, 2014 and lasting through the expiration date, the permittee is authorized to discharge from outfall serial number 002: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|---|---|
| | Mass (lbs/day) | | Other Units | | | |
| | Monthly Average | Daily Maximum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Temperature (upstream)[9] | - | - | - | MR°F[3] | 1/Quarter | Grab |
| Temperature (downstream)[6] | - | - | - | MR°F[3] | 1/Quarter | Grab |
| Temperature (rise)[7] | - | - | - | MR°F | 1/Quarter | Calculated |

See footnotes on page 29.

**Permit Modification:** December 20, 2017

10. During the period beginning on the effective date of this permit and lasting through the expiration date, the permittee is authorized to discharge from outfall serial number 003: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | | | | MONITORING REQUIREMENTS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Mass (lbs/day) | | | Other Units | | | |
| | Monthly Average | Daily Maximum | Daily Minimum | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Flow[10] | MR[1] MGD | MR[1] MGD | 3.0 MGD | - | - | Daily | Continuous[2] |
| Flow[11] | MR[1] MGD | MR[1] MGD | MR[1] MGD | - | - | Daily | Continuous[2] |
| Temperature (effluent) | - | - | - | - | 90 °F[3] | Daily | Continuous |
| Temperature (upstream)[5] | - | - | - | - | MR[1] °F[3] | 1/Term | Grab |
| Temperature (downstream)[6] | - | - | - | - | MR[1] °F[3] | 1/Term | Grab |
| Temperature (rise)[7] | - | - | - | - | MR[1] °F | 1/Term | Calculated |
| pH | - | - | - | Min 6.0 su, Max 9.0 su[3] | | 1/Month | Grab |
| Dissolved Oxygen | - | - | - | MR[1] mg/l Minimum[3] | | 1/Quarter | Grab |

See footnotes on page 29.

11. During the period beginning on the effective date of this permit and lasting through July 31, 2014, the permittee is authorized to discharge from outfall serial number 003: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | |
| --- | --- | --- | --- | --- |
| | Other Units | | | |
| | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Turbidity | - | MR[1] NTU[3] | 1/Month | Grab |

See footnotes on page 29.

12. During the period beginning August 1, 2014 and lasting through the expiration date, the permittee is authorized to discharge from outfall serial number 003: once-through noncontact cooling water and stormwater. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | |
| --- | --- | --- | --- | --- |
| | Other Units | | | |
| | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| Turbidity | - | MR[1] NTU[3] | 1/Quarter | Grab |

See footnotes on page 29.

**Permit Modification:** December 20, 2017

**Footnotes**

[1] MR: Monitor and Report

[2] See Part II.J.1

[3] See Part I.M

[4] See Part V.A.2

[5] This upstream sample point shall be defined as the intake structure.

[6] The downstream sample point shall be defined as a point after complete mixing with the receiving stream. Report "Conditional" on the discharge monitoring report form for this parameter when an upstream sample cannot be collected due to no upstream flow.

[7] Temperature rise is the difference between instantaneous upstream and instantaneous downstream temperature. Report "Conditional" on the discharge monitoring report form for this parameter when an upstream sample cannot be collected due to no upstream flow.

[8] See Part V.A.3

[9] The ambient upstream sample point shall be defined as a point upstream of the discharge away from any possible effect of the discharge. Report "Conditional" on the discharge monitoring report form for this parameter when an upstream sample cannot be collected due to no upstream flow.

[10] The permittee shall monitor and report monthly average and daily maximum flow and meet a daily minimum flow limit of 3.0 MGD unless the conditions of Footnote 11 apply. Report "Conditional" for this parameter when Footnote 11 applies.

[11] The permittee shall monitor and report monthly average, daily maximum and daily minimum flow during monitoring periods when Outfall 001 is in Tier 1 or Tier 2 and the daily minimum flows at 001 and 003 were zero on the same days during the monitoring period. When this condition applies, the permittee shall provide an attachment to the DMR documenting the daily minimum flows were zero for Outfalls 001 and 003 on the same days during the monitoring period. Report "Conditional" during the months when the daily minimum flow for Outfall 001 is reported as greater than zero all month and/or when the permittee is reporting in Tier 3 conditions for Outfall 001.

13. All samples taken in compliance with the Outfall 001 monitoring requirements specified above (except $BOD_5$ sampling at 001) shall be taken at the following location(s): after treatment but prior to mixing with other waste streams and the receiving stream. Outfall 001 $BOD_5$ samples shall be taken at the following location: nearest accessible point prior to chlorination. All samples taken in compliance with the Outfall 002 and 003 monitoring requirements specified above shall be taken at the following location(s): nearest accessible point to the outfall but prior to mixing with other waste streams and the receiving stream.

B. Whole Effluent Toxicity and Other Biological Limitations and Monitoring Requirements

1. Tier 1 Limits (0.111 – 0.275 MGD): During the period beginning on the effective date of this permit and lasting through the expiration date or the initiation of an alternate level of production (see Part V.E.5), the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|
| | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| *Ceriodaphnia dubia* Chronic Whole Effluent Toxicity @ CTC= 3% | MR % | MR % | 1/Term* | 24 hour composite |

\* The toxicity test shall be monitored during a period when Outfall 003 is required to meet the 3 MGD daily minimum flow.

See Part V.B.2 for additional toxicity reporting requirements.
MR = Monitor and Report.

The following notes apply only to valid tests. For invalid tests see Part V.B.

**Permit Modification:** December 20, 2017

Note 1:  The overall % effect is defined as the larger of the % survival effect or the % reproduction effect from DMR Attachment Form 3880.

Note 2:  If only one test is conducted during a month, the monthly average and daily maximum are each equal to the overall % effect.

Note 3:  If more than one test is conducted during a month, the monthly average is the arithmetic mean of the overall % effect values of all tests conducted during the month.

Note 4:  The monthly average to be reported on the DMR is the highest monthly average for any month during the monitoring period.  There is no averaging of data from tests from one month to another.

Note 5:  The daily maximum to be reported on the DMR is the highest of the % survival effect or % reproduction effect of all tests conducted during the monitoring period.

Note 6:  When a sample is collected in one month and the test is completed in the next month, the overall % effect applies to the month in which the sample was collected.

Note 7:  Tests must be separated by at least 7 days (from the time the first sample is collected to start one test until the time the first sample is collected to start a different test).  There is no restriction on when a new test may begin following a failed or invalid test.

Note 8:  For any split sample:
   a.  Determine the % survival effect and % reproduction effect values separately for each test.
   b.  Determine the arithmetic mean of the % survival effects and of the % reproduction effects for all tests.
   c.  The monthly average and daily maximum shall be the higher of the % effect values from (b) above.
   d.  For the purposes of reporting, split samples are reported as an individual sample regardless of the number of times it is split.  All laboratories used shall be identified on the DMR attachment and each test shall be reported individually on DMR Attachment Form DHEC 3880 (08/2005).

   a.  Samples used to demonstrate compliance with the discharge limitations and monitoring requirements specified above shall be taken at or near the final point-of-discharge but prior to mixing with the receiving waters or other waste streams.

2.  Tier 3 Limits (0.487 - 0.650 MGD): During the period beginning on the initiation of Tier 3 limits and lasting through the expiration date or the initiation of an alternate level of production (see Part V.E.5), the permittee is authorized to discharge from outfall serial number 001: process wastewater (including contaminated stormwater), sanitary wastewater and boiler blowdown. Such discharge shall be limited and monitored by the permittee as specified below:

| EFFLUENT CHARACTERISTICS | DISCHARGE LIMITATIONS | | MONITORING REQUIREMENTS | |
|---|---|---|---|---|
| | Monthly Average | Daily Maximum | Measurement Frequency | Sample Type |
| *Ceriodaphnia dubia* Chronic Whole Effluent Toxicity @ CTC= 3% | 25 % | 40 % | 1/Month | 24 hour composite |

See Part V.B.2 for additional toxicity reporting requirements.
MR = Monitor and Report.

The following notes apply only to valid tests.  For invalid tests see Part V.B.

**Permit Modification:** December 20, 2017

Note 1: The overall % effect is defined as the larger of the % survival effect or the % reproduction effect from DMR Attachment Form 3880.

Note 2: If only one test is conducted during a month, the monthly average and daily maximum are each equal to the overall % effect.

Note 3: If more than one test is conducted during a month, the monthly average is the arithmetic mean of the overall % effect values of all tests conducted during the month.

Note 4: The monthly average to be reported on the DMR is the highest monthly average for any month during the monitoring period. There is no averaging of data from tests from one month to another.

Note 5: The daily maximum to be reported on the DMR is the highest of the % survival effect or % reproduction effect of all tests conducted during the monitoring period.

Note 6: When a sample is collected in one month and the test is completed in the next month, the overall % effect applies to the month in which the sample was collected.

Note 7: Tests must be separated by at least 7 days (from the time the first sample is collected to start one test until the time the first sample is collected to start a different test). There is no restriction on when a new test may begin following a failed or invalid test.

Note 8: For any split sample:
   a. Determine the % survival effect and % reproduction effect values separately for each test.
   b. Determine the arithmetic mean of the % survival effects and of the % reproduction effects for all tests.
   c. The monthly average and daily maximum shall be the higher of the % effect values from (b) above.
   e. For the purposes of reporting, split samples are reported as an individual sample regardless of the number of times it is split. All laboratories used shall be identified on the DMR attachment and each test shall be reported individually on DMR Attachment Form DHEC 3880 (08/2005).

   a. Samples used to demonstrate compliance with the discharge limitations and monitoring requirements specified above shall be taken at or near the final point-of-discharge but prior to mixing with the receiving waters or other waste streams.

C. Groundwater Monitoring Requirements

See Part IV.A.

D. Sludge Monitoring Requirements

Not applicable to this permit.

E. Soil Monitoring Requirements

Not applicable to this permit.

Part IV
Page 32 of 60
Permit No. SC0003557

**Part IV. Schedule of Compliance**

A. Schedule(s)

1. Within <u>ninety (90) days</u> of the effective date of this permit, the permittee shall develop and submit a groundwater plan to the Department for approval that addresses the groundwater risks associated with the wastewater treatment facilities. The groundwater monitoring plan shall be prepared in accordance with South Carolina Well Standards & Regulations (Reg. 61-71).

2. Within one hundred and eighty (180) days of the effective date of this permit, the permittee shall implement the groundwater plan approved by the Department.

B. Reports of compliance or noncompliance with, or any progress reports on, interim and final requirements contained in any compliance schedule of this permit shall be submitted no later than 14 days following each scheduled date.

## Part V. Other Requirements

A. Effluent Requirements

1. There shall be no discharge of floating solids or visible foam in other than trace amounts, nor shall the effluent cause a visible sheen on the receiving waters.

2. Where the permit limitation Part III is below the practical quantitation limit (PQL), the PQL and analytical method stated below shall be considered as being in compliance with the permit limit. Additionally, where the permit requires only monitoring and reporting (MR) in Part III, the PQL and analytical method stated below shall be used for reporting results.

| Parameter | Analytical Method | PQL |
|---|---|---|
| Ammonia Nitrogen | SM4500NH3 C, F, G or H or EPA 350.1 (Rev 2.0 1993) | 0.10 mg/l |
| Total Phosphorus | 365.1 (Rev 2.0 1993), 365.3, 365.4 or SM4500 P, E or F | 0.050 mg/l |
| Hexachlorobenzene | 625 or 1625 B | 0.010 mg/l |

3. Where a permittee continuously measures the pH of wastewater pursuant to a requirement or option in a National Pollutant Discharge Elimination System (NPDES) permit issued pursuant to section 402 of the Act, the permittee shall maintain the pH of such wastewater within the range set forth in the applicable effluent limitations guidelines, except excursions from the range are permitted subject to the following limitations:

   (a) The total time during which the pH values are outside the required range of pH values shall not exceed 7 hours and 26 minutes in any calendar month; and

   (b) No individual excursion from the range of pH values shall exceed 60 minutes.

   For purposes of this section, an excursion is an unintentional and temporary incident in which the pH value of discharge wastewater exceeds the range set forth in the applicable effluent limitations guidelines. (Secs. 301, 304, 306 and 501 of the Clean Water Act (the Federal Water Pollution Control Act Amendments of 1972, 33 U.S.C. 1251 et. seq., as amended by the Clean Water Act of 1977, Pub. L. 95-217))

4. Unless authorized elsewhere in this Permit, the permittee must meet the following requirements concerning maintenance chemicals for the following waste streams: once-through noncontact cooling water, recirculated cooling water, boiler blowdown water, and air washer water. Maintenance chemicals shall be defined as any man-induced additives to the above-referenced waste streams.

   a. Detectable amounts of any of the one hundred and twenty-six priority pollutants is prohibited in the discharge, if the pollutants are present due to the use of maintenance chemicals.

   b. Slimicides, algicides and biocides are to be used in accordance with registration requirements of the Federal Insecticides, Fungicide and Rodenticide Act.

   c. The use of maintenance chemicals containing bis(tributyltin) oxide is prohibited.

   d. Any maintenance chemicals added to the above-referenced waste streams must degrade rapidly, either due to hydrolytic decomposition or biodegradation.

e.  Discharges of maintenance chemicals added to waste streams must be limited to concentrations which protect indigenous aquatic populations in the receiving stream.

f.  The permittee must keep sufficient documentation on-site that would show that the above requirements are being met. The information shall be made available for on-site review by Department personnel during normal working hours.

g.  The occurrence of instream problems may necessitate the submittal of chemical additive data and permit modification to include additional monitoring and limitations.

5.  This permit may be reopened to eliminate monitoring requirements if reasonable potential is determined not to exist or to include additional monitoring and/or limitations if the discharge causes, has the reasonable potential to cause or contributes to an instream water quality violation for turbidity and/or temperature based on one year of data collected at the sampling frequency stated in Part III.

B.  Whole Effluent Toxicity and Other Biological Requirements

1.  Acute Toxicity

    Not applicable to this permit.

2.  Chronic Toxicity (For the requirements identified in Part III.B)

    a.  A *Ceriodaphnia dubia* three brood chronic toxicity test shall be conducted at the frequency stated in Part III.B, Effluent Toxicity Limitations and Monitoring Requirements, using the chronic test concentration (CTC) of 3% and the following test concentrations: : 0% (control), 1%, 3%, 7%, 19% and 50% effluent. The permittee may add additional test concentrations without prior authorization from the Department provided that the test begins with at least 10 replicates in each concentration and all data is used to determine permit compliance.

    b.  The test shall be conducted using EPA Method 1002.0 in accordance with "Short-Term Methods for Estimating Chronic Toxicity of Effluents and Receiving Waters to Freshwater Organisms," EPA/821/R-02/013 (October 2002).

    c.  The permittee shall use the linear interpolation method described in "Short-Term Methods for Estimating Chronic Toxicity of Effluents and Receiving Waters to Freshwater Organisms," EPA/821/R-02/013 (October 2002), Appendix M to estimate the percent effect at the CTC according to the equations in d below.

    d.  The linear interpolation estimate of percent effect is $\left(1 - \dfrac{M_{CTC}}{M_1}\right) * 100$ if the CTC is a tested

    concentration. Otherwise, it is $\left(1 - \dfrac{M_J - \dfrac{M_{J+1} - M_J}{C_{J+1} - C_J} * C_J + \dfrac{M_{J+1} - M_J}{C_{J+1} - C_J} * CTC}{M_1}\right) * 100.$

Part V
Page 35 of 60
Permit No. SC0003557

e. A test shall be invalidated if any part of Method 1002.0 is not followed or if the laboratory is not certified at the time the test is conducted.

f. All valid toxicity test results shall be submitted on the DHEC Form 3880 (08/2005) entitled "DMR Attachment for Toxicity Test Results" in accordance with Part II.L.4. In addition, results from all invalid tests must be appended to DMRs, including lab control data. The permittee has sole responsibility for scheduling toxicity tests so as to ensure there is sufficient opportunity to complete and report the required number of valid test results for each monitoring period.

g. The permittee is responsible for reporting a valid test during each monitoring period. However, the Department acknowledges that invalid tests may occur. All of the following conditions must be satisfied for the permittee to be in compliance with Whole Effluent Toxicity (WET) testing requirements for a particular monitoring period when a valid test was not obtained.

(1) A minimum of three (3) tests have been conducted which were invalid in accordance with Part V.B.1.e above;

(2) The data and results of all invalid tests are attached to the DMR;

(3) At least one additional State-certified laboratory was used after two (2) consecutive invalid tests were determined by the first laboratory. The name(s) and lab certification number(s) of the additional lab(s) shall be reported in the comment section of the DMR; and

(4) A valid test was reported during each of the previous three reporting periods.

If these conditions are satisfied, the permittee may enter "H" in the appropriate boxes on the toxicity DMR and add the statement to the Comment Section of the DMR that "H indicates invalid tests."

h. This permit may be modified based on new information that supports a modification in accordance with Regulation 61-9.122.62 and Regulation 61-68.D.

3. Instream Macroinvertebrate Assessment

Not applicable to this permit.

C. Groundwater Requirements

See Part IV.A.

D. Sludge Requirements

1. Solid wastes and sludges shall be disposed of at the Richland County Waste Management Landfill in accordance with the agreement/approval letter from the landfill dated May 1, 2009. Written approval from the Department must be obtained prior to disposal of other sludges or use of other sludge disposal methods.

2. Odor Control Requirements

The permit holder shall use best management practices normally associated with the proper operation and maintenance of a sludge wastewater treatment site, any sludge storage or lagoon areas, transportation of sludges, and all other related activities to ensure that an undesirable level of odor does not exist.

a. In accordance with R.61-9.504.50 (Odor Control Requirements were added to Regulation 61-9 on December 26, 2003), the permittee shall prepare an odor abatement plan for the industrial sludge treatment sites, any sludge storage or lagoon areas, and land application or land disposal sites. Permittees that land apply sludge must prepare the plan within 180 days of the effective date of this regulation. Otherwise, the permittee has one year to prepare the plan.

   (1) Operation and maintenance practices which are used to eliminate or minimize undesirable odor levels in the form of best management practices for odor control;

   (2) Use of treatment processes for reduction of undesirable odors;

   (3) Use of setbacks;

   (4) Contingency plans and methods to address odor problems for the different type of disposal/application methods used.

b. The Department may review the odor abatement plan for compliance with R.61-9.504.50. The Department may require changes to the plan as appropriate.

c. The permittee shall not cause, allow, or permit emission into the ambient air of any substance or combinations of substances in quantities that an undesirable level of odor is determined to result unless preventative measures of the type set out below are taken to abate or control the emission to the satisfaction of the Department. Should an odor problem come to the attention of the Department through field surveillance or specific complaints, the Department may determine, in accordance with section 48-1-120 of the Pollution Control Act, if the odor is at an undesirable level by considering the character and degree of injury or interference to:

   (1) The health or welfare of the people;

   (2) Plant, animal, freshwater aquatic, or marine life;

   (3) Property; or

   (4) Enjoyment of life or use of affected property.

d. Should the Department determine that an undesirable level of odor exists, the Department may require:

   (1) The permittee to submit a corrective action plan to address the odor problem,

   (2) Remediation of the undesirable level of odor within a reasonable timeframe, and

(3) In an order, specific methods to address the problem.

e.  If the permittee fails to control or abate the odor problems addressed in this section within the specified timeframe, the Department may revoke disposal/application activities associated with the site or the specific aspect of the sludge management program.

f.  The odor abatement plan shall be updated and maintained as necessary throughout the life of the permit.

E.  Other Conditions

1.  The permittee shall maintain an all weather access road to the wastewater treatment plant, land application areas, and appurtenances at all times.

2.  All waste oil and solid and hazardous waste shall be disposed of in accordance with the rules and regulations of SCDHEC's Bureau of Land and Waste Management.

3.  The wastewater treatment plant is assigned a classification of Group IV-Biological.  This classification corresponds to an operator with a Grade of B-Biological.

4.  The permittee shall monitor all parameters (except turbidity) consistent with conditions established by this permit on the 1st Tuesday of every calendar month in which sampling is required, unless otherwise approved by this Department. If this day falls on a holiday, sampling shall be conducted on the next business day. If no discharge occurs on this day, the permittee shall collect an effluent sample during the reporting period on a day when there is a discharge or report "no discharge" for the reporting period for all parameters. Additional monitoring as necessary to meet the frequency requirements of this permit shall be performed by the permittee.

5.  The permittee shall update and maintain a Best Management Practices (BMP) plan to identify and control the discharge of significant amounts of oils and the hazardous and toxic substances listed in 40 CFR Part 117 and Tables II and III of Appendix D to 40 CFR Part 122.  The plan shall include a listing of all potential sources of spills or leaks of these materials, a method for containment, a description of training, inspection and security procedures, and emergency   response measures to be taken in the event of a discharge to surface waters or plans and/or procedures which constitute an equivalent BMP.  Sources of such discharges may include materials storage areas; in-plant transfer, process and material handling areas; loading and unloading operations; plant site runoff; and sludge and waste disposal areas.  The BMP plan shall be developed in accordance with good engineering practices, shall be documented in narrative form, and shall include any necessary plot plans, drawings, or maps. The BMP plan shall be maintained at the plant site and shall be available for inspection by EPA and Department personnel.

6.  The permittee shall notify the affected downstream water treatment plant(s) of any emergency condition, plant upset, bypass or other system failure which has the potential to affect the quality of water withdrawn for drinking water purposes.  This notification should be made as soon as possible and in anticipation of such event, if feasible, without taking away from any response time necessary to attempt to alleviate the situation.

Part V
Page 38 of 60
Permit No. SC0003557

7. In accordance with Regulation 61-9.122.45(b)(2)(ii)(B):

   a. The permittee must notify the Department at least two business days prior to a month in which the permittee expects to operate at a flow higher than the lowest production flow identified in the permit. The written notice shall specify the anticipated production flow and the period during which the permittee expects to operate at the alternate production flow. If the notice covers more than one month, the notice shall specify the reasons for the anticipated production flow increase. New notice of discharge at alternate production flows is required to cover a period or production flow not covered by prior notice or, if during two consecutive months otherwise covered by a notice, the production flow at the permitted facility does not in fact meet the higher production flow designated in the notice. The notice shall be submitted to the address stated in Part II.L.4.A(4).

   b. The permittee shall comply with the limitations, standards, or prohibitions that correspond to the lowest production flow specified in the permit, unless the permittee has notified the Department under Part V.E.7.a of this section, in which case the permittee shall comply with the lower of the actual production flow during each month or the production flow specified in the notice.

   c. Unless the Department is notified to the contrary in accordance with a above, the discharge limitations for outfall 001 (Tier 1) shall be effective upon the effective date of this permit. The applicable limits pages are listed below with the process flows that correspond to these limits. Note that the other limitations pages go into effect based on the conditions in a through c above.

| Tier | Production Flow Range | Permit Pages |
|------|----------------------|--------------|
| 1 | 0.111-0.275 MGD | 21-22 |
| 2 | 0.276-0.486 MGD | 23-24 |
| 3 | 0.487-0.650 MGD | 25-26 |

   If the permittee samples any parameter(s) in this permit less frequent than once per month, the permittee should use the appropriate DMR form to match the tier which was active when sampling was conducted.

8. The permittee shall submit the Department a summary of raw five-day biochemical oxygen demand (in pounds per day) with the permit renewal application.

9. Any stormwater that passes through Outfalls 002 and 003 that is subject to the definition of "stormwater associated with industrial activity" shall meet the requirements of Appendix A. Other stormwater outfalls that are not combined with wastewater should be covered under the NPDES General Permit for Storm Water Associated with Industrial Activity via number SCR004490. Note that for combined stormwater and wastewater outfalls where the stormwater can be sampled separately prior to mixing with the wastewater, the stormwater portion should be covered under the General Permit.

Appendix A
Page 39 of 60
Permit No. SC0003557

## APPENDIX A:  Storm Water Pollution Prevention Plan (SWPPP) Requirements

You must prepare a SWPPP for your facility covered by this permit.  The SWPPP must be prepared in accordance with good engineering practices.  The plan shall identify potential sources of pollution that may reasonably be expected to affect the quality of storm water discharges associated with industrial activity from the facility.   In addition, the plan shall describe the implementation of practices which are to be used to reduce the pollutants in storm water discharges associated with industrial activity at the facility and to assure compliance with the terms and conditions of this permit.  The SWPPP is intended to document the selection, design, and installation of control measures.  The facility must implement the provisions of the storm water pollution prevention plan required under this part as a condition of this permit.  If you prepared a SWPPP for coverage under a previous NPDES permit, you must review and update the SWPPP to implement all provisions of this permit.  Consider using the Department's template on the following web page in preparing your SWPPP, with appropriate changes for this permit: **http://www.scdhec.gov/environment/water/swater/docs/npdes-ind-swppp.doc.**

I.  Contents of Your SWPPP

    A.  For coverage under this permit, your SWPPP must contain all of the following elements:
        1.  Storm water pollution prevention team (see Section II);
        2.  Site description (see Section III);
        3.  Summary of potential pollutant sources (see Section IV);
        4.  Description of control measures (see Section V);
        5.  Schedules and procedures pertaining to control measures (see Section VI); and
        6.  Signature requirements (see Section VII).

    B.  Where your SWPPP refers to procedures in other facility documents, such as a Spill Prevention, Control, and Countermeasure (SPCC) Plan, a copy of the relevant portions of those documents must be kept with or within close proximity to your SWPPP.

II.  Storm Water Pollution Prevention Team

You must identify the staff members (by name or title) that comprise the facility's storm water pollution prevention team as well as their individual responsibilities. Your storm water pollution prevention team is responsible for assisting the facility manager in developing and revising the facility's SWPPP as well as maintaining control measures and taking corrective actions where required. Each member of the storm water pollution prevention team must have ready access to either an electronic or paper copy of applicable portions of this permit and your SWPPP.

III.  Site Description

Your SWPPP must include the following:

    A.  *Activities at the Facility.* Provide a description of the nature of the industrial activities at your facility.

    B.  *General location map.* Provide a general location map (e.g., U.S. Geological Survey (USGS) quadrangle map) with enough detail to identify the location of your facility and all receiving waters for your storm water discharges.

    C.  *Site map.* Provide a map showing:
        1.  The size of the property in acres;
        2.  The location and extent of significant structures and impervious surfaces;

3. Directions of storm water flow (use arrows);
4. Locations of all existing structural control measures;
5. Locations of all receiving waters in the immediate vicinity of your facility, indicating if any of the waters are impaired and, if so, whether the waters have TMDL established for them;
6. Locations of all storm water conveyances including ditches, pipes, and swales;
7. Locations of potential pollutant sources identified under Section IV.B;
8. Locations where significant spills or leaks identified under Section IV.C. have occurred;
9. Locations of all storm water monitoring points;
10. Locations of storm water inlets and outfalls, with a unique identification code for each outfall (e.g., Outfall No. 1, No. 2, etc), indicating if you are treating one or more outfalls as "substantially identical" (i.e., discharge substantially identical effluents) and an approximate outline of the areas draining to each outfall with an indication of the applicable Sector(s) for each outlined area;
11. Municipal separate storm sewer systems, where your storm water discharges to them;
12. Locations and descriptions of all non-storm water discharges;
13. Locations of the following activities where such activities are exposed to precipitation:
    a. Fueling stations;
    b. Vehicle and equipment maintenance and/or cleaning areas;
    c. Loading/unloading areas;
    d. Locations used for the treatment, storage, or disposal of wastes;
    e. Liquid storage tanks;
    f. Processing and storage areas;
    g. Immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste material, or by-products used or created by the facility;
    h. Transfer areas for substances in bulk; and
    i. Machinery; and
14. Locations and sources of run-on to your site that contains significant quantities of pollutants from adjacent property.

## IV. Summary of Potential Pollutant Sources

You must document areas at your facility where industrial materials or activities are exposed to storm water. *Industrial materials or activities* include, but are not limited to: material handling equipment or activities; industrial machinery; raw materials; industrial production and processes; and intermediate products, by-products, final products, and waste products. *Material handling activities* include, but are not limited to: the storage, loading and unloading, transportation, disposal, or conveyance of any raw material, intermediate product, final product or waste product. For each area identified, the description must include:

A. *Activities in the area.* A list of the industrial activities exposed to storm water (e.g., material storage; equipment fueling, maintenance, and cleaning; cutting steel beams).

B. *Pollutants.* A list of the pollutant(s) or pollutant constituents (e.g., crankcase oil, zinc, sulfuric acid, and cleaning solvents) associated with each identified activity. The pollutant list must include all significant materials that have been handled, treated, stored, or disposed, and that have been exposed to storm water in the 3 years prior to the date you prepare or amend your SWPPP.

C. *Spills and Leaks.* You must document where potential spills and leaks could occur that could contribute pollutants to storm water discharges, and the corresponding outfall(s) that would be affected by such spills and leaks. You must document all significant spills and leaks of oil or toxic or hazardous pollutants that

actually occurred at exposed areas, or that drained to a storm water conveyance, in the 3 years prior to the date you prepare or amend your SWPPP.

Note: Significant spills and leaks include, but are not limited to, releases of oil or hazardous substances in excess of quantities that are reportable under CWA Section 311 (see 40 CFR 110.6 and 40 CFR 117.21) or Section 102 of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 USC §9602. This permit does not relieve you of the reporting requirements of 40 CFR 110, 40 CFR 117, and 40 CFR 302 relating to spills or other releases of oils or hazardous substances. Also, you must appropriately notify the Department's Emergency Response Section at 803/253-6488 or 888/481-0125.

D. *Salt Storage and Pavement De-icing.*

   1. You must document the location of any storage piles containing salt used for de-icing or other commercial or industrial purposes and areas where de-icing is expected to occur.
   2. *Pavement de-icing activities.* For any pavement de-icing activities at facilities, other than airports, covered under this permit, the SWPPP must include measures to assure that no SARA 313 chemical[s] is used for deicing and that no deicing occurs where spills or leaks of toxic or hazardous materials have occurred (unless all spilled material has been removed). Deicing is to be carried out only for safety purposes during inclement weather and must meet water quality standards and MS4 permit conditions (pertinent to the discharge).

E. *Sampling Data.* You must summarize all storm water discharge sampling data collected at your facility during the previous permit term.

V. Description of Control Measures

*Control Measures to Meet Technology-Based and Water Quality-Based Effluent Limits.* You must select, design, install, and implement control measures (including best management practices [BMP]) to meet the non-numeric effluent limits in Section VI. The selection, design, installation, and implementation of these control measures must be in accordance with good engineering practices and manufacturer's specifications. Note that you may deviate from such manufacturer's specifications where you provide justification for such deviation and include documentation of your rationale in the part of your SWPPP that describes your control measures. If you find that your control measures are not achieving their intended effect of minimizing pollutant discharges, you must modify these control measures as expeditiously as practicable. Regulated storm water discharges from your facility include storm water run-on that commingles with storm water discharges associated with industrial activity at your facility.

You must document the location and type of control measures you have installed and implemented at your site. This documentation must describe how the control measures at your site address both the pollutant sources identified in Section IV, and any storm water run-on that commingles with any discharges covered under this permit. You must keep, operate, and maintain any permanent storm water detention or retention pond or other permanent storm water management device installed under the requirements of State or local regulatory authority, unless you receive a written waiver from the Department.

VI. Schedules and Procedures Pertaining to Control Measures

   A. Control Measures

1. *Minimize Exposure.* You must minimize the exposure of manufacturing, processing, and material storage areas (including loading and unloading, storage, disposal, cleaning, maintenance, and fueling operations) to rain, snow, snowmelt, and runoff by either locating these industrial materials and activities inside or protecting them with storm resistant coverings (although significant enlargement of impervious surface area is not recommended). In minimizing exposure, you should pay particular attention to the following:

   a. Use grading, berming, or curbing to prevent runoff of contaminated flows and divert run-on away from these areas;

   b. Locate materials, equipment, and activities so that leaks are contained in existing containment and diversion systems (confine the storage of leaky or leak-prone vehicles and equipment awaiting maintenance to protected areas);

   c. Clean up spills and leaks promptly using dry methods (e.g., absorbents) to prevent the discharge of pollutants;

   d. Use drip pans and absorbents under or around leaky vehicles and equipment or store indoors where feasible;

   e. Use spill/overflow protection equipment;

   f. Drain fluids from equipment and vehicles prior to on-site storage or disposal;

   g. Perform all cleaning operations indoors, under cover, or in bermed areas that prevent runoff and run-on and also that capture any overspray; and

   h. Ensure that all wash water drains to a proper collection system (i.e., not the storm water drainage system).

2. *Good Housekeeping.* You must keep clean all exposed areas that are potential sources of pollutants, using such measures as sweeping at regular intervals, keeping materials orderly and labeled, and storing materials in appropriate containers. A schedule for regular pickup and disposal of waste materials, along with routine inspections for leaks and conditions of drums, tanks and containers must be documented in your SWPPP.

3. *Maintenance.* You must regularly inspect, test, maintain, and repair all industrial equipment and systems to avoid situations that may result in leaks, spills, and other releases of pollutants in storm water discharged to receiving waters. You must maintain in effective operating condition all control measures that are used to achieve the effluent limits required by this permit. Nonstructural control measures must also be diligently maintained (e.g., keeping spill response supplies available, training personnel appropriately). If you find that your control measures need to be replaced or repaired, you must make the necessary repairs or modifications as expeditiously as practicable. Preventative maintenance procedures, including regular inspections, testing, maintenance, and repair of all industrial equipment and systems, and control measures, to avoid situations that may result in leaks, spills, and other releases, and any back-up practices in place should a runoff event occur while a control measure is off-line must be documented in your SWPPP

4. *Spill Prevention and Response Procedures.* You must minimize the potential for leaks, spills, and other releases that may be exposed to storm water and develop plans for effective response to such spills if or when they occur. At a minimum, you must implement:

   a. Procedures for plainly labeling containers (e.g., "used oil," "spent solvents," "fertilizers and pesticides," etc.) that could be susceptible to spillage or leakage to encourage proper handling and facilitate rapid response if spills or leaks occur;

   b. Preventative measures such as barriers between material storage and traffic areas, secondary containment provisions, and procedures for material storage and handling;

   c.  Procedures for expeditiously stopping, containing, and cleaning up leaks, spills, and other releases. Employees who may cause, detect, or respond to a spill or leak must be trained in these procedures and have necessary spill response equipment available. If possible, one of these individuals should be a member of your storm water pollution prevention team (see Part 5.1.1); and

   d.  Procedures for notification of appropriate facility personnel, emergency response agencies, and regulatory agencies. Where a leak, spill, or other release containing a hazardous substance or oil in an amount equal to or in excess of a reportable quantity established under either 40 CFR Part 110, 40 CFR Part 117, or 40 CFR Part 302, occurs during a 24-hour period, you must notify the National Response Center (NRC) at (800) 424-8802 in accordance with the requirements of 40 CFR Part 110, 40 CFR Part 117, and 40 CFR Part 302 and the Department's Emergency Response Section at (803/253-6488 or 888-481-0125) as soon as you have knowledge of the discharge. State or local requirements may necessitate reporting spills or discharges to local emergency response, public health, or drinking water supply agencies. Contact information must be in locations that are readily accessible and available.

You must document in your SWPPP procedures for preventing and responding to spills and leaks. You may reference the existence of other plans for Spill Prevention Control and Countermeasure (SPCC) developed for the facility under Section 311 of the CWA or BMP programs otherwise required by an NPDES permit for the facility, provided that you keep a copy of that other plan onsite and make it available for review.

5.  *Erosion and Sediment Controls.* You must stabilize exposed areas and manage runoff using structural and/or non-structural control measures to minimize onsite erosion and sedimentation and the resulting discharge of pollutants. Among other actions you must take to meet this limit, you must place flow velocity-dissipation devices at discharge locations and within outfall channels where necessary to reduce erosion and/or settle out pollutants. In selecting, designing, installing, and implementing appropriate control measures, you are encouraged to consult with U.S. EPA's internet-based resources relating to BMP for erosion and sedimentation, including the sector-specific *Industrial Stormwater Fact Sheet Series*, (http://cfpub.epa.gov/npdes/stormwater/swsectors.cfm), *National Menu of Stormwater BMPs* (www.epa.gov/npdes/stormwater/menuofbmps), in particular the Post-Construction link on this page, and *National Management Measures to Control Nonpoint Source Pollution from Urban Areas* (www.epa.gov/owow/nps/urbanmm/index.html), and any similar State or Tribal publications.

6.  *Management of Runoff.* You must divert, infiltrate, reuse, contain, or otherwise reduce storm water runoff, to minimize pollutants in your discharges. In selecting, designing, installing, and implementing appropriate control measures, you are encouraged to consult with EPA's internet-based resources relating to runoff management, including the sector-specific *Industrial Stormwater Fact Sheet Series*, (http://cfpub.epa.gov/npdes/stormwater/swsectors.cfm ), *National Menu of Stormwater BMPs* (www.epa.gov/npdes/stormwater/menuofbmps), in particular the Post-Construction link on this page, and *National Management Measures to Control Nonpoint Source Pollution from Urban Areas* (www.epa.gov/owow/nps/urbanmm/index.html), and any similar State or Tribal publications.

7.  *Salt Storage and Pavement Deicing.*

   a.  *Salt Storage Piles or Piles Containing Salt.* You must enclose or cover storage piles of salt, or piles containing salt, used for de-icing or other commercial or industrial purposes, including maintenance of paved surfaces. You must implement appropriate measures (e.g., good housekeeping, diversions, containment) to minimize exposure resulting from adding to or removing materials from the pile. Piles do not need to be enclosed or covered if storm water runoff from the piles is not discharged or if discharges from the piles are authorized under another NPDES permit.

b.  *Pavement De-icing Activities.*  For any pavement deicing activities at facilities, other than airports, covered under this permit, the SWPPP must include measures to assure that no SARA 313 chemicals are used for de-icing and that no de-icing occurs where spills or leaks of toxic or hazardous materials have occurred (unless all spilled material has been removed).  Deicing is to be carried out only for safety purposes during inclement weather and must meet water quality standards and meet MS4 permit conditions (pertinent to the discharge).

8.  *Sector Specific Non-Numeric Effluent Limits.*  You must achieve any additional non-numeric limits stipulated in the relevant sector-specific section(s) of Section X.

9.  *Employee Training.*  You must train all employees who work in areas where industrial materials or activities are exposed to storm water, or who are responsible for implementing activities necessary to meet the conditions of this permit (e.g., inspectors, maintenance personnel), including all members of your Pollution Prevention Team.  Training must cover both the specific control measures used to achieve the effluent limits in this Part.  The Department recommends that training be conducted at least annually (or more often if employee turnover is high).  A schedule for all types of  training necessary to implement specific control measures must be documented in your SWPPP.

10.  *Waste, Garbage, and Floatable Debris.*  You must ensure that waste, garbage, and floatable debris are not discharged to receiving waters by keeping exposed areas free of such materials or by intercepting them before they are discharged.

11.  *Dust Generation and Vehicle Tracking of Industrial Materials.*  You must minimize generation of dust and off-site tracking of raw, final, or waste materials.

B.  Inspections

1.  *Inspection Procedures.*  Routine inspections (at least quarterly) should be conducted of all areas of the facility where industrial materials or activities are exposed to storm water and of all storm water control measures.  These inspections should occur when the facility is in operation and must be performed by qualified personnel with at least one member of your storm water pollution prevention team participating.  At least once each calendar year, the routine inspection should be conducted during a period when a storm water discharge is occurring.  The requirement to conduct routine inspections does not apply to facilities where there are no industrial materials or activities exposed to storm water.

2.  *Inspection Documentation.*
    a.  For each type of inspection performed, your SWPPP should identify: the person(s) or position(s) of person(s) responsible for inspection; schedules for conduction inspections; and specific items to be covered by the inspection.
    b.  The findings of each routine inspection should be documented and maintained onsite with your SWPPP.  This documentation should include:
        i.  Inspection date and time;
        ii.  Name(s) and signature(s) of the inspector(s);
        iii.  Weather information and a description of any discharges occurring during the inspection;
        iv.  Any previously unidentified pollutants from the site;
        v.  Any control measures needing maintenance, repairs, or replacement;
        vi.  Any additional control measures needed.

Appendix A
Page 45 of 60
Permit No. SC0003557

C.  Corrective Actions

1.  *Conditions Requiring Review and Revision to Eliminate a Problem.* If any of the following conditions occur, you must review and revise the selection, design, installation, and implementation of your control measures to ensure that the condition is eliminated and will not be repeated in the future:

    a.  An unauthorized release or discharge (e.g., spill, leak, or discharge of non-storm water not authorized by this or another NPDES permit);

    b.  A discharge violates a numeric effluent limit as a result of the storm water component of your discharge;

    c.  You become aware, or the Department notifies you, that your control measures are not stringent enough for the discharge to meet applicable water quality standards as a result of the storm water component of your discharge;

    d.  An inspection or evaluation of your facility by the Department, determines that modifications to the control measures are necessary to meet the effluent limits in this permit; or

    e.  You find in your routine inspection that your control measures are not being properly operated and maintained.

2.  *Conditions Requiring Review to Determine if Modifications are Necessary.* If construction or a change in design, operation, or maintenance at your facility significantly changes the nature of pollutants discharged in storm water from your facility or significantly increases the quantity of pollutants discharged, then you must review the selection, design, installation, and implementation of your control measures to determine if modifications are necessary to meet effluent limits in this permit.

3.  *Corrective Action Deadlines.* You must document your discovery of any of the conditions listed in Conditions VI.C.1 and VI.C.2 above within 24 hours of making the discovery. If there are extenuating circumstances that prevent documentation within the 24-hour time frame (such as occurrence over a weekend or holiday), then the documentation must occur by the end of the next business day after discovery. Subsequently, within 14 days of discovery, you must document any corrective action(s) to be taken to eliminate or further investigate the deficiency, or if no corrective action is needed, the basis for that determination. Specific documentation required is detailed in Condition VI.C.4 below. If you determine that changes are necessary following your review, any modifications to your control measures must be made before the next storm event, if possible, or as soon as practicable following that storm event.

4.  *Corrective Action Documentation.*

    a.  Within 24 hours of discovery (or by the end of the next business day (see Condition VI.C.3 above)) of any condition listed in Conditions VI.C.1 and VI.C.2 above, you must document the following information: identification of the condition triggering the need for corrective action review; description of the problem identified; and date the problem was identified.

    b.  Within 14 days of discovery of any condition listed in Conditions VI.C.1 and VI.C.2, you document the following information:

        i.  Summary of the corrective action taken or to be taken or the basis for why corrective action is not necessary.

        ii.  Notice of whether or not SWPPP modifications are required as a result of this discovery or corrective action;

        iii.  Date corrective action is initiated; and

        iv.  Date corrective action is completed or expected to be completed.

## VII.  Signature Requirements

You must sign and date your SWPPP in accordance with Part II.K (signatory requirements).

## VIII. Required SWPPP Modifications

You must modify your SWPPP whenever there is construction or a change in design, operation, or maintenance at your facility that significantly changes the nature of pollutants discharged in storm water or significantly increases the quantity of pollutants discharged in storm water and which has not otherwise been addressed in the plan or if the storm water pollution prevention plan proves to be ineffective in eliminating or significantly minimizing pollutants from sources identified in the plan or in otherwise achieving the general objectives of controlling pollutants in storm water discharges associated with industrial activity.

The Department may notify you at any time that the plan does not meet one or more of the minimum requirements of this Part.  Within thirty (30) days of such notification from the Department, (or as otherwise provided by the Department), or authorized representative, the permittee shall make the required changes to the plan and shall submit to the Department a written certification that the requested changes have been made.

Changes to your SWPPP document must be signed and dated in accordance with Section VII above.

## IX. SWPPP Availability

Your SWPPP must be completed within six (6) months of the effective date of this permit (and updated as appropriate).  Plans shall provide for compliance with the terms of the plan within one (1) year of the effective date of the permit.  You must retain a copy of the current SWPPP required by this permit at the facility, and it must be immediately available to the Department at the time of an onsite inspection or upon request.  The Department may provide access to portions of your SWPPP to a member of the public upon request.  Confidential Business Information (CBI) may be withheld from the public, but may not be withheld from those staff cleared for CBI review within the Department or EPA.

## X.  Additional Documentation Requirements

You are required to maintain the following inspection, monitoring, and certification records and make them readily available to the Department:

  A.  Descriptions and dates of any incidences of any incidences of significant spills, leaks, or other releases that resulted in discharges of pollutants to waters of the State through storm water; the circumstances leading to the release and actions taken in response to the release; and measures taken to prevent the recurrence of such releases;

  B.  Records of employee training, including the date training is received, documentation of maintenance and repairs on control measures, including the date(s) of regular maintenance, date(s) of discovery of areas in need of repair/replacement, and for repairs, date(s) that the control measure(s) returned to full function, and the justification for any extended maintenance/repair schedules;

  C.  All Routine Inspection Reports; and

  D.  Description of any corrective action taken at your site, including triggering event and dates when problems were discovered and modifications occurred.

## XI. Sector-Specific SWPPP Requirements and Control Measures

You must comply with sector-specific requirements associated with your primary industrial activity and any co-located industrial activities, as defined in Section XII. The sector-specific requirements apply to those areas of your facility where those sector-specific activities occur. These sector-specific requirements are in addition to any requirements specified elsewhere in this permit.

Sector C – Chemical and Allied Products Manufacturing, and Refining.

1. Covered Storm Water Discharges.
The requirements in this section apply to storm water discharges associated with industrial activity from Chemical and Allied Products Manufacturing, and Refining facilities, as identified by the SIC Codes specified under Sector C in Table XIII-1.

2. Reserved.
3. Reserved.
4. Reserved.

## XII. Definitions, Abbreviations and Acronyms

A. Definitions (for the purposes of this section):

**Action Area** – all areas to be affected directly or indirectly by the storm water discharges, allowable non-storm water discharges, and storm water discharge-related activities, and not merely the immediate area involved in these discharges and activities.

**Best Available Technology Economically Achievable (BAT)** – Best Available Technology Economically Achievable (BAT) is defined at Section 304(b)(2) of the CWA. In general, Best Available Technology Economically Achievable (BAT) represents the best available economically achievable performance of plants in the industrial subcategory or category. The factors considered in assessing BAT include the cost of achieving BAT effluent reductions, the age of equipment and facilities involved, the process employed, potential process changes, non-water quality environmental impacts, including energy requirements and other such factors as the EPA Administrator deems appropriate. EPA retains considerable discretion in assigning the weight according to these factors. BAT limitations may be based on effluent reductions attainable through changes in a facility's processes and operations. Where existing performance is uniformly inadequate, BAT may reflect a higher level of performance than is currently being achieved within a particular subcategory based on technology transferred from a different subcategory or category. BAT may be based upon process changes or internal controls, even when these technologies are not common industry practice.

**Best Conventional Pollution Control Technology (BCT)** – Best Conventional Pollutant Control Technology (BCT) is defined at Section 304(b)(4) of the CWA. The 1977 amendments to the CWA required EPA to identify effluent reduction levels for conventional pollutants associated with BCT for discharges from existing industrial point sources. In addition to the other factors specified in section 304(b)(4)(B), the CWA requires that EPA establish BCT limitations after consideration of a two part "cost-reasonableness" test. EPA explained its methodology for the development of BCT limitations in a Federal Register notice on July 9, 1986 (51 FR 24974).

**Best Management Practices (BMP)** – schedules of activities, practices (and prohibitions of practices), structures, vegetation, maintenance procedures, and other management practices to prevent or reduce the discharge of pollutants to waters of the United States. BMP also include treatment requirements, operating procedures, and practices to control plant site runoff, spillage or leaks, sludge or waste disposal, or drainage from raw material storage.  See S.C. R.61-9.122.2.

**Best Practicable Control Technology Currently Available (BPT)** – Best Practicable Control Technology Currently Available (BPT) is defined at Section 304(b)(1) of the Clean Water Act (CWA). EPA sets Best Practicable Control Technology Currently Available (BPT) effluent limitations for conventional, toxic, and non-conventional pollutants. Section 304(a)(4) designates the following as conventional pollutants: biochemical oxygen demand (BOD5), total suspended solids, fecal coliform, pH, and any additional pollutants defined by the Administrator as conventional. The Administrator designated oil and grease as an additional conventional pollutant on July 30, 1979 (see 44 FR 44501).
EPA has identified 65 pollutants and classes of pollutants as toxic pollutants, of which 126 specific substances have been designated priority toxic pollutants (see Appendix A to part 403, reprinted after 40 CFR 423.17). All other pollutants are considered to be non-conventional.
In specifying BPT, EPA looks at a number of factors. EPA first considers the total cost of applying the control technology in relation to the effluent reduction benefits. The Agency also considers the age of the equipment and facilities, the processes employed and any required process changes, engineering aspects of the control technologies, non-water quality environmental impacts (including energy requirements), and such other factors as the EPA Administrator deems appropriate. Traditionally, EPA establishes BPT effluent limitations based on the average of the best performance of facilities within the industry of various ages, sizes, processes or other common characteristics. Where existing performance is uniformly inadequate, BPT may reflect higher levels of control than currently in place in an industrial category if the Agency determines that the technology can be practically applied.

**Co-located Industrial Activities** – Any industrial activities, excluding your primary industrial activity, located on-site that are defined by the storm water regulations at 122.26(b)(14)(i)-(ix) and (xi). An activity at a facility is not considered co-located if the activity, when considered separately, does not meet the description of a category of industrial activity covered by the storm water regulations or identified by the SIC code list in Appendix D.

**Control Measure** – refers to any BMP or other method (including effluent limitations) used to prevent or reduce the discharge of pollutants to waters of the United States.

**The Department** - the South Carolina Department of Health and Environmental Control.

**Director** – a Regional Administrator of the Environmental Protection Agency or an authorized representative.  See 40 CFR 122.2.

**Discharge** – when used without qualification, means the "discharge of a pollutant." See S.C. R.61-9. 122.2.

**Discharge of a Pollutant** – any addition of any "pollutant" or combination of pollutants to waters of the State or "waters of the United States" from any "point source," or any addition of any pollutant or combination of pollutants to the waters of the "contiguous zone" or the ocean from any point source other than a vessel or other floating craft which is being used as a means of transportation. This includes additions of pollutants into waters of the United States from: surface runoff which is collected or channeled by man;

discharges through pipes, sewers, or other conveyances, leading into privately owned treatment works. See S.C. R.61-9. 122.2.

**Discharge-related Activities** – activities that cause, contribute to, or result in storm water and allowable non-storm water point source discharges, and measures such as the siting, construction, and operation of BMP to control, reduce, or prevent pollution in the discharges.

**Drought-stricken area** – a period of below average water content in streams, reservoirs, ground-water aquifers, lakes and soils.

**EPA Approved or Established Total Maximum Daily Loads (TMDL)** – "EPA Approved TMDL" are those that are developed by the Department and approved by EPA. "EPA Established TMDL" are those that are developed by EPA.

**Existing Discharger** – an operator applying for coverage under this permit for discharges authorized previously under an NPDES general or individual permit.

**Facility or Activity** – any NPDES "point source" (including land or appurtenances thereto) that is subject to regulation under the NPDES program. See S.C. R.61-9. 122.2.

**Federal Facility** – any buildings, installations, structures, land, public works, equipment, aircraft, vessels, and other vehicles and property, owned by, or constructed or manufactured for the purpose of leasing to, the federal government.

**Impaired Water** (or "Water Quality Impaired Water" or "Water Quality Limited Segment") – A water is impaired for purposes of this permit if it has been identified by a State or EPA pursuant to Section 303(d) of the Clean Water Act as not meeting applicable State water quality standards (these waters are called "water quality limited segments" under 40 CFR 30.2(j)). Impaired waters include both waters with approved or established TMDL, and those for which a TMDL has not yet been approved or established. Refer to the following website for more information on impaired waterbodies: http://www.scdhec.gov/tmdl/

**Indian Country** – (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and including rights-of-way running through the reservation; (b) all dependent Indian communities within the borders of the United States, whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a State, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same. This definition includes all land held in trust for an Indian tribe. (18 U.S.C. 1151)

**Industrial Activity** – the 10 categories of industrial activities included in the definition of "storm water discharges associated with industrial activity" as defined in S.C. R.61-9.122.26(b)(14)(i)-(ix) and (xi). NOTE: Storm water associated with construction activity, as defined at S.C. R.61-9.122.26(b)(14)(x) and (15), is not covered by this permit.

**Industrial Storm Water** – storm water runoff from industrial activity.

**Minimize** - reduce and/or eliminate to the extent achievable using control measures (including best management practices) that are technologically available and economically practicable and achievable in light of best industry practices.

**Municipal Separate Storm Sewer** – a conveyance or system of conveyances (including roads with drainage systems, municipal streets, catch basins, curbs, gutters, ditches, man-made channels, or storm drains):

a. Owned or operated by a State, city, town, borough, county, parish, district, association, or other public body (created by or pursuant to State law) having jurisdiction over disposal of sewage, industrial wastes, storm water, or other wastes, including special districts under State law such as a sewer district, flood control district or drainage district, or similar entity, or an Indian tribe or an authorized Indian tribal organization, or a designated and approved management agency under section 208 of the CWA that discharges to waters of the United States;
b. Designed or used for collecting or conveying storm water;
c. Which is not a combined sewer; and
d. Which is not part of a Publicly Owned Treatment Works (POTW) as defined at S.C. R.61-9.122.2. See S.C. R.61-9.122.26(b)(4) and (b)(7).

Note: Additional information on the State's MS4 program, including a listing of small MS4s, may be found at http://www.scdhec.gov/environment/water/swnsms4.htm.

**Natural Background Pollutant Levels** – Concentrations or mass loadings of specific chemical parameters in storm water runoff that result from naturally occurring levels in soils, groundwater, or native biota. Natural background pollutant levels do not include legacy pollutants from earlier activity on your site, or pollutants in run-on from neighboring sources that are not naturally occurring.

**New Discharger** – an operator applying for coverage under this permit for discharges not authorized previously under an NPDES general or individual permit.

**New Source** – any building, structure, facility, or installation from which there is or may be a "discharge of pollutants," the construction of which commenced:

a. after promulgation of standards of performance under section 306 of the CWA which are applicable to such source, or
b. after proposal of standards of performance in accordance with section 306 of the CWA which are applicable to such source, but only if the standards are promulgated in accordance with section 306 within 120 days of their proposal. See S.C. R.61-9. 122.2.

**New Source Performance Standards (NSPS)** – technology-based standards for facilities that qualify as new sources under S.C. R.61-9.122.2 and 122.29.

**No exposure** – means all industrial materials or activities are protected by a storm-resistant shelter to prevent exposure to rain, snow, snowmelt, and/or runoff. See S.C. R.61-9. 122.26(g).

**Operator** – any entity with a storm water discharge associated with industrial activity that meets either of the following two criteria:

a. The entity has operational control over industrial activities, including the ability to modify those activities; or

b. The entity has day-to-day operational control of activities at a facility necessary to ensure compliance with the permit (e.g., the entity is authorized to direct workers at a facility to carry out activities required by the permit).

**Person** – an individual, association, partnership, corporation, municipality, State or Federal agency, or an agent or employee thereof. See S.C. R.61-9. 122.2.

**Point source** – any discernible, confined, and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding operation, landfill leachate collection system, vessel, or other floating craft from which pollutants are or may be discharged. This term does not include return flows from irrigated agriculture or agricultural storm water runoff. See S.C. R.61-9. 122.2.

**Pollutant** – dredged spoil, solid waste, incinerator residue, filter backwash, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials (except those regulated under the Atomic Energy Act [42 U.S.C. 2011, et seq.]), heat, wrecked or discarded equipment, rock, sand, cellar dirt, and industrial, municipal, and agricultural waste discharged into water. See S.C. R.61-9. 122.2.

**Pollutant of concern** – A pollutant that causes or contributes to a violation of a water quality standard, including a pollutant which is identified as causing an impairment in a state's 303(d) list.

**Primary industrial activity** – includes any activities performed on-site which are (1) identified by the facility's primary SIC code; or (2) included in the narrative descriptions of 122.26(b)(14)(i), (iv), (v), or (vii), and (ix). [For co-located activities covered by multiple SIC codes, it is recommended that the primary industrial determination be based on the value of receipts or revenues or, if such information is not available for a particular facility, the number of employees or production rate for each process may be compared. The operation that generates the most revenue or employs the most personnel is the operation in which the facility is primarily engaged. In situations where the vast majority of on-site activity falls within one SIC code, that activity may be the primary industrial activity.] Narrative descriptions in S.C. R.61-9. 122.26(b)(14) identified above include: (i) activities subject to storm water effluent limitations guidelines, new source performance standards, or toxic pollutant effluent standards; (iv) hazardous waste treatment storage, or disposal facilities including those that are operating under interim status or a permit under subtitle C of the Resource Conservation and Recovery Act (RCRA); (v) landfills, land application sites and open dumps that receive or have received industrial wastes; (vii) steam electric power generating facilities; and (ix) sewage treatment works as defined at S.C. R.61-9.122.26(b)(14)(ix).

**Qualified Personnel** –personnel who possess the knowledge and skills to assess conditions and activities that could impact storm water quality at your facility, and who can also evaluate the effectiveness of control measures.

**Reportable Quantity Release** – a release of a hazardous substance at or above the established legal threshold that requires emergency notification. Refer to 40 CFR Parts 110, 117, and 302 for complete definitions and reportable quantities for which notification is required.

**Runoff coefficient** – the fraction of total rainfall that will appear at the conveyance as runoff. See S.C. R.61-9.122.26(b)(11).

**Significant materials** – includes, but is not limited to: raw materials; fuels; materials such as solvents, detergents, and plastic pellets; finished materials such as metallic products; raw materials used in food processing or production; hazardous substances designated under section 101(14) of CERCLA; any chemical the facility is required to report pursuant to section 313 of Title III of SARA; fertilizers; pesticides; and waste products such as ashes, slag and sludge that have the potential to be released with storm water discharges. See S.C. R.61-9.122.26(b)(12).

**Special Aquatic Sites** – sites identified in 40 CFR 230 Subpart E. These are geographic areas, large or small, possessing special ecological characteristics of productivity, habitat, wildlife protection, or other important and easily disrupted ecological values. These areas are generally recognized as significantly influencing or positively contributing to the general overall environmental health or vitality of the entire ecosystem of a region.

**Storm Water** – storm water runoff, snowmelt runoff, and surface runoff and drainage. See S.C. R.61-9.122.26(b)(13).

**Storm Water Discharges Associated with Construction Activity** – a discharge of pollutants in storm water runoff from areas where soil disturbing activities (e.g., clearing, grading, or excavating), construction materials, or equipment storage or maintenance (e.g., fill piles, borrow areas, concrete truck washout, fueling), or other industrial storm water directly related to the construction process (e.g., concrete or asphalt batch plants) are located. See S.C. R.61-9. 122.26(b)(14)(x) and (15).

**Storm Water Discharges Associated with Industrial Activity** – the discharge from any conveyance that is used for collecting and conveying storm water and that is directly related to manufacturing, processing or raw materials storage areas at an industrial plant. The term does not include discharges from facilities or activities excluded from the NPDES program under Part 122. For the categories of industries identified in this section, the term includes, but is not limited to, storm water discharges from industrial plant yards; immediate access roads and rail lines used or traveled by carriers of raw materials, manufactured products, waste material, or by-products used or created by the facility; material handling sites; refuse sites; sites used for the application or disposal of process waste waters (as defined at 40 CFR part 401); sites used for the storage and maintenance of material handling equipment; sites used for residual treatment, storage, or disposal; shipping and receiving areas; manufacturing buildings; storage areas (including tank farms) for raw materials, and intermediate and final products; and areas where industrial activity has taken place in the past and significant materials remain and are exposed to storm water. For the purposes of this paragraph, material handling activities include storage, loading and unloading, transportation, or conveyance of any raw material, intermediate product, final product, by-product or waste product. The term excludes areas located on plant lands separate from the plant's industrial activities, such as office buildings and accompanying parking lots as long as the drainage from the excluded areas is not mixed with storm water drained from the above described areas. Industrial facilities include those that are federally, State, or municipally owned or operated that meet the description of the facilities listed in S.C. R.61-9. 122.26(b)(14). The term also includes those facilities designated under the provisions of S.C. R.61-9. 122.26(a)(1)(v).

**Substantially Identical Outfalls** - outfalls that have generally similar industrial activities, control measures, exposed materials that may significantly contribute pollutants to storm water, and runoff coefficients of their drainage areas.

**Total Maximum Daily Load (TMDL)** –a calculation of the maximum amount of a pollutant that a water body can receive and still meet water quality standards, and an allocation of that amount to the pollutant's sources. A TMDL includes wasteload allocations (WLA) for point source discharges; load allocations (LA) for nonpoint sources and/or natural background, and must include a margin of safety (MOS) and account for seasonal variations. (See section 303(d) of the Clean Water Act and 40 CFR 130.2 and 130.7).

**Uncontaminated** – means free from the presence of pollutants attributable to industrial activity.

**Water Quality Impaired** – See 'Impaired Water'.

**Water Quality Standards** – definition of the water quality goals of a water body, or portion thereof, by designating the use or uses to be made of the water and by setting criteria necessary to protect the uses. States and EPA adopt water quality standards to protect public health or welfare, enhance the quality of water and serve the purposes of the Clean Water Act (See CWA sections 101(a)2 and 303(c)) and the S.C. Pollution Control Act, S.C. Code 48-1-10, et seq. Water quality standards also include an anti-degradation policy.

**Waters of the State** - means lakes, bays, sounds, ponds, impounding reservoirs, springs, wells, rivers, streams, creeks, estuaries, marshes, inlets, canals, the Atlantic Ocean within the territorial limits of the State, and all other bodies of surface or underground water, natural or artificial, public or private, inland or coastal, fresh or salt, which are wholly or partially within or bordering the State or within its jurisdiction.

**"You" and "Your"** – as used in this permit are intended to refer to the permittee, the operator, or the discharger as the context indicates and that party's facility or responsibilities. The use of "you" and "your" refers to a particular facility and not to all facilities operated by a particular entity. For example, "you must submit" means the permittee must submit something for that particular facility. Likewise, "all your discharges" would refer only to discharges at that one facility.

B.  Abbreviations and Acronyms

BAT – Best Available Technology Economically Achievable
BCT - Best Conventional Pollutant Control Technology
$BOD_5$ – Biochemical Oxygen Demand (5-day test)
BMP – Best Management Practice
BPT – Best Practicable Control Technology Currently Available
CERCLA – Comprehensive Environmental Response, Compensation and Liability Act
CGP – Construction General Permit
COD – Chemical Oxygen Demand
CWA – Clean Water Act (or the Federal Water Pollution Control Act, 33 U.S.C. §1251 *et seq*)
CWT – Centralized Waste Treatment
DMR – Discharge Monitoring Report
EPA – U. S. Environmental Protection Agency
ESA – Endangered Species Act

FWS – U. S. Fish and Wildlife Service
IGP - S.C. Industrial Storm Water General NPDES permit
LA – Load Allocations
MDMR – MSGP Discharge Monitoring Report
MGD – Million Gallons per Day
MOS – Margin of Safety
MS4 – Municipal Separate Storm Sewer System
MSDS – Material Safety Data Sheet
MSGP – Multi-Sector General Permit
NAICS – North American Industry Classification System
NEPA – National Environmental Policy Act
NHPA – National Historic Preservation Act
NMFS – U. S. National Marine Fisheries Service
NOI – Notice of Intent
NOT – Notice of Termination
NPDES – National Pollutant Discharge Elimination System
NRC – National Response Center
NRHP – National Register of Historic Places
NSPS – New Source Performance Standard
NTU – Nephelometric Turbidity Unit
OMB – U. S. Office of Management and Budget
ORW – Outstanding Resource Water
ONRW - Outstanding National Resource Water
OSM – U. S. Office of Surface Mining
PCA – the South Carolina Pollution Control Act, S.C. Code 48-1-10, et. seq.
POTW – Publicly Owned Treatment Works
RCRA – Resource Conservation and Recovery Act
RQ – Reportable Quantity
SARA – Superfund Amendments and Reauthorization Act
SHPO – State Historic Preservation Officer
SIC – Standard Industrial Classification
SMCRA – Surface Mining Control and Reclamation Act
SPCC – Spill Prevention, Control, and Countermeasures
SWPPP – Storm Water Pollution Prevention Plan
THPO – Tribal Historic Preservation Officer
TMDL – Total Maximum Daily Load
TSDF – Treatment, Storage, or Disposal Facility
TSS – Total Suspended Solids
USGS – United States Geological Survey
WLA – Wasteload Allocation
WQS – Water Quality Standard

XIII. Facilities and Activities Covered

These sector descriptions are based on Standard Industrial Classification (SIC) Codes and Industrial Activity Codes. References to "sectors" in this permit (e.g., sector-specific monitoring requirements) refer to these groupings.

Appendix A
Page 55 of 60
Permit No. SC0003557

| Table XIII-1. Sectors of Industrial Activity | | |
| --- | --- | --- |
| Subsector (May be subject to more than one sector/subsector) | SIC Code or Activity Code[1] | Activity Represented |
| SECTOR A: TIMBER PRODUCTS | | |
| A1 | 2421 | General Sawmills and Planing Mills |
| A2 | 2491 | Wood Preserving |
| A3 | 2411 | Log Storage and Handling |
| A4 | 2426 | Hardwood Dimension and Flooring Mills |
| | 2429 | Special Product Sawmills, Not Elsewhere Classified |
| | 2431-2439 (except 2434) | Millwork, Veneer, Plywood, and Structural Wood (see Sector W) |
| | 2448 | Wood Pallets and Skids |
| | 2449 | Wood Containers, Not Elsewhere Classified |
| | 2451, 2452 | Wood Buildings and Mobile Homes |
| | 2493 | Reconstituted Wood Products |
| | 2499 | Wood Products, Not Elsewhere Classified |
| A5 | 2441 | Nailed and Lock Corner Wood Boxes and Shook |
| SECTOR B: PAPER AND ALLIED PRODUCTS | | |
| B1 | 2631 | Paperboard Mills |
| B2 | 2611 | Pulp Mills |
| | 2621 | Paper Mills |
| | 2652-2657 | Paperboard Containers and Boxes |
| | 2671-2679 | Converted Paper and Paperboard Products, Except Containers and Boxes |
| SECTOR C: CHEMICALS AND ALLIED PRODUCTS | | |
| C1 | 2873-2879 | Agricultural Chemicals |
| C2 | 2812-2819 | Industrial Inorganic Chemicals |
| C3 | 2841-2844 | Soaps, Detergents, and Cleaning Preparations; Perfumes, Cosmetics, and Other Toilet Preparations |
| C4 | 2821-2824 | Plastics Materials and Synthetic Resins, Synthetic Rubber, Cellulosic and Other Manmade Fibers Except Glass |
| C5 | 2833-2836 | Medicinal Chemicals and Botanical Products; Pharmaceutical Preparations; in vitro and in vivo Diagnostic Substances; and Biological Products, Except Diagnostic Substances |
| | 2851 | Paints, Varnishes, Lacquers, Enamels, and Allied Products |
| | 2861-2869 | Industrial Organic Chemicals |
| | 2891-2899 | Miscellaneous Chemical Products |
| | 3952 (limited to list of inks and paints) | Inks and Paints, Including China Painting Enamels, India Ink, Drawing Ink, Platinum Paints for Burnt Wood or Leather Work, Paints for China Painting, Artist's Paints and Artist's Watercolors |

| Table XIII-1. Sectors of Industrial Activity | | |
|---|---|---|
| Subsector (May be subject to more than one sector/subsector) | SIC Code or Activity Code[1] | Activity Represented |
| | 2911 | Petroleum Refining |
| **SECTOR D: ASPHALT PAVING AND ROOFING MATERIALS AND LUBRICANTS** | | |
| D1 | 2951, 2952 | Asphalt Paving and Roofing Materials |
| D2 | 2992, 2999 | Miscellaneous Products of Petroleum and Coal |
| **SECTOR E: GLASS, CLAY, CEMENT, CONCRETE, AND GYPSUM PRODUCTS** | | |
| E1 | 3251-3259 | Structural Clay Products |
| E1 | 3261-3269 | Pottery and Related Products |
| E2 | 3271-3275 | Concrete, Gypsum, and Plaster Products |
| E3 | 3211 | Flat Glass |
| E3 | 3221, 3229 | Glass and Glassware, Pressed or Blown |
| E3 | 3231 | Glass Products Made of Purchased Glass |
| E3 | 3241 | Hydraulic Cement |
| E3 | 3281 | Cut Stone and Stone Products |
| E3 | 3291-3299 | Abrasive, Asbestos, and Miscellaneous Nonmetallic Mineral Products |
| **SECTOR F: PRIMARY METALS** | | |
| F1 | 3312-3317 | Steel Works, Blast Furnaces, and Rolling and Finishing Mills |
| F2 | 3321-3325 | Iron and Steel Foundries |
| F3 | 3351-3357 | Rolling, Drawing, and Extruding of Nonferrous Metals |
| F4 | 3363-3369 | Nonferrous Foundries (Castings) |
| F5 | 3331-3339 | Primary Smelting and Refining of Nonferrous Metals |
| F5 | 3341 | Secondary Smelting and Refining of Nonferrous Metals |
| F5 | 3398, 3399 | Miscellaneous Primary Metal Products |
| **SECTOR G: METAL MINING (ORE MINING AND DRESSING)** | | |
| G1 | 1021 | Copper Ore and Mining Dressing Facilities |
| G2 | 1011 | Iron Ores |
| G2 | 1021 | Copper Ores |
| G2 | 1031 | Lead and Zinc Ores |
| G2 | 1041, 1044 | Gold and Silver Ores |
| G2 | 1061 | Ferroalloy Ores, Except Vanadium |
| G2 | 1081 | Metal Mining Services |
| G2 | 1094, 1099 | Miscellaneous Metal Ores |
| **SECTOR H: [Reserved.]  COAL MINES AND COAL MINING-RELATED FACILITIES** | | |
| | | |
| **SECTOR I: [Reserved.]  OIL AND GAS EXTRACTION AND REFINING** | | |
| | | |
| **SECTOR J: [Reserved.]  MINERAL MINING AND DRESSING** | | |

Appendix A
Page 57 of 60
Permit No. SC0003557

| Table XIII-1. Sectors of Industrial Activity | | |
|---|---|---|
| **Subsector (May be subject to more than one sector/subsector)** | **SIC Code or Activity Code[1]** | **Activity Represented** |
| | | |
| **SECTOR K: HAZARDOUS WASTE TREATMENT, STORAGE, OR DISPOSAL FACILITIES** | | |
| K1 | HZ | Hazardous Waste Treatment, Storage, or Disposal Facilities, including those that are operating under interim status or a permit under subtitle C of RCRA |
| **SECTOR L: LANDFILLS, LAND APPLICATION SITES, AND OPEN DUMPS** | | |
| L1 | LF | All Landfill, Land Application Sites and Open Dumps |
| L2 | LF | All Landfill, Land Application Sites and Open Dumps, except Municipal Solid Waste Landfill (MSWLF) Areas Closed in Accordance with 40 CFR 258.60 |
| **SECTOR M: AUTOMOBILE SALVAGE YARDS** | | |
| M1 | 5015 | Automobile Salvage Yards |
| **SECTOR N: SCRAP RECYCLING FACILITIES** | | |
| N1 | 5093 | Scrap Recycling and Waste Recycling Facilities except Source-Separated Recycling |
| N2 | 5093 | Source-separated Recycling Facility |
| **SECTOR O: STEAM ELECTRIC GENERATING FACILITIES** | | |
| O1 | SE | Steam Electric Generating Facilities, including coal handling sites |
| **SECTOR P: LAND TRANSPORTATION AND WAREHOUSING** | | |
| P1 | 4011, 4013 | Railroad Transportation |
| | 4111-4173 | Local and Highway Passenger Transportation |
| | 4212-4231 | Motor Freight Transportation and Warehousing |
| | 4311 | United States Postal Service |
| | 5171 | Petroleum Bulk Stations and Terminals |
| **SECTOR Q: WATER TRANSPORTATION** | | |
| Q1 | 4412-4499 | Water Transportation Facilities |
| **SECTOR R: SHIP AND BOAT BUILDING AND REPAIRING YARDS** | | |
| R1 | 3731, 3732 | Ship and Boat Building or Repairing Yards |
| **SECTOR S: AIR TRANSPORTATION FACILITIES** | | |
| S1 | 4512-4581 | Air Transportation Facilities |
| **SECTOR T: TREATMENT WORKS** | | |

| Table XIII-1. Sectors of Industrial Activity | | |
|---|---|---|
| **Subsector (May be subject to more than one sector/subsector)** | **SIC Code or Activity Code[1]** | **Activity Represented** |
| T1 | TW | Treatment Works treating domestic sewage or any other sewage sludge or wastewater treatment device or system, used in the storage, treatment, recycling, and reclamation of municipal or domestic sewage, including land dedicated to the disposal of sewage sludge that are located within the confines of the facility, with a design flow of 1.0 mgd or more, or required to have an approved pretreatment program under 40 CFR Part 403. Not included are farm lands, domestic gardens or lands used for sludge management where sludge is beneficially reused and which are not physically located in the confines of the facility, or areas that are in compliance with section 405 of the CWA |
| **SECTOR U: FOOD AND KINDRED PRODUCTS** | | |
| U1 | 2041-2048 | Grain Mill Products |
| U2 | 2074-2079 | Fats and Oils Products |
| U3 | 2011-2015 | Meat Products |
| | 2021-2026 | Dairy Products |
| | 2032-2038 | Canned, Frozen, and Preserved Fruits, Vegetables, and Food Specialties |
| | 2051-2053 | Bakery Products |
| | 2061-2068 | Sugar and Confectionery Products |
| | 2082-2087 | Beverages |
| | 2091-2099 | Miscellaneous Food Preparations and Kindred Products |
| | 2111-2141 | Tobacco Products |
| **SECTOR V: TEXTILE MILLS, APPAREL, AND OTHER FABRIC PRODUCT MANUFACTURING; LEATHER AND LEATHER PRODUCTS** | | |
| V1 | 2211-2299 | Textile Mill Products |
| | 2311-2399 | Apparel and Other Finished Products Made from Fabrics and Similar Materials |
| | 3131-3199 | Leather and Leather Products (note: see Sector Z1 for Leather Tanning and Finishing) |
| **SECTOR W: FURNITURE AND FIXTURES** | | |
| W1 | 2434 | Wood Kitchen Cabinets |
| | 2511-2599 | Furniture and Fixtures |
| **SECTOR X: PRINTING AND PUBLISHING** | | |
| X1 | 2711-2796 | Printing, Publishing, and Allied Industries |
| **SECTOR Y: RUBBER, MISCELLANEOUS PLASTIC PRODUCTS, AND MISCELLANEOUS MANUFACTURING INDUSTRIES** | | |

**Table XIII-1. Sectors of Industrial Activity**

| Subsector (May be subject to more than one sector/subsector) | SIC Code or Activity Code[1] | Activity Represented |
|---|---|---|
| Y1 | 3011 | Tires and Inner Tubes |
| | 3021 | Rubber and Plastics Footwear |
| | 3052, 3053 | Gaskets, Packing and Sealing Devices, and Rubber and Plastic Hoses and Belting |
| | 3061, 3069 | Fabricated Rubber Products, Not Elsewhere Classified |
| Y2 | 3081-3089 | Miscellaneous Plastics Products |
| | 3931 | Musical Instruments |
| | 3942-3949 | Dolls, Toys, Games, and Sporting and Athletic Goods |
| | 3951-3955 (except 3952 – see Sector C) | Pens, Pencils, and Other Artists' Materials |
| | 3961, 3965 | Costume Jewelry, Costume Novelties, Buttons, and Miscellaneous Notions, Except Precious Metal |
| | 3991-3999 | Miscellaneous Manufacturing Industries |
| **SECTOR Z: LEATHER TANNING AND FINISHING** | | |
| Z1 | 3111 (also see sector V.) | Leather Tanning and Finishing |
| **SECTOR AA: FABRICATED METAL PRODUCTS** | | |
| AA1 | 3411-3499 (except 3479) | Fabricated Metal Products, Except Machinery and Transportation Equipment, and Coating, Engraving, and Allied Services. |
| | 3911-3915 | Jewelry, Silverware, and Plated Ware |
| AA2 | 3479 | Fabricated Metal Coating and Engraving |
| **SECTOR AB: TRANSPORTATION EQUIPMENT, INDUSTRIAL OR COMMERCIAL MACHINERY** | | |
| AB1 | 3511-3599 (except 3571-3579) | Industrial and Commercial Machinery, Except Computer and Office Equipment (see Sector AC) |
| | 3711-3799 (except 3731, 3732) | Transportation Equipment Except Ship and Boat Building and Repairing (see Sector R) |
| **SECTOR AC: ELECTRONIC, ELECTRICAL, PHOTOGRAPHIC, AND OPTICAL GOODS** | | |
| AC1 | 3571-3579 | Computer and Office Equipment |
| | 3812-3873 | Measuring, Analyzing, and Controlling Instruments; Photographic and Optical Goods, Watches, and Clocks |
| | 3612-3699 | Electronic and Electrical Equipment and Components, Except Computer Equipment |
| **SECTOR AD: NON-CLASSIFIED FACILITIES** | | |

| Table XIII-1. Sectors of Industrial Activity | | |
|---|---|---|
| **Subsector (May be subject to more than one sector/subsector)** | **SIC Code or Activity Code[1]** | **Activity Represented** |
| AD1 | | Other storm water discharges designated by the Director as needing a permit (see 40 CFR 122.26(a)(9)(i)(C) & (D)) or any facility discharging storm water associated with industrial activity not described by any of Sectors A-AC. NOTE: Facilities may not elect to be covered under Sector AD. Only the Director may assign a facility to Sector AD. |

[1] A complete list of SIC Codes can be found at: http://www.osha.gov/pls/imis/sic_manual.html
Conversions to and from the newer North American Industry Classification System" (NAICS)) can be obtained from the Internet at: http://www.census.gov/eos/www/naics/concordances/concordances.html or in paper form from various locations in the document titled *Handbook of Standard Industrial Classifications*, Office of Management and Budget, 1987.