# EXHIBIT B

**SOUTHERN**
**ENVIRONMENTAL**
**LAW**
**CENTER**

525 East Bay Street, Suite 200
Charleston, SC 29403

Telephone 843-720-5270
Facsimile 843-414-7039

March 4, 2024

*Via Certified Mail; Return Receipt Requested*

| | | |
|---|---|---|
| SPG Surveying, LLC | Colin Drafts | David Lawrence |
| Registered Agent | Plant Manager, Plant 8S | EHS Manager, Plant 8S |
| Shaw Industries Group, Inc. | Shaw Industries Group, Inc. | Shaw Industries Group, Inc. |
| 136 E Frontage Road | 4401 St. Andrews Road | 4401 St. Andrews Road |
| Aiken, SC 29805 | Columbia, SC 29210 | Columbia, SC 29210 |

Re:    Notice of Intent to Sue Shaw Industries Group, Inc. for Violations of the Clean Water Act and the Resource Conservation and Recovery Act at Plant 8S in Columbia, South Carolina

Dear Mr. Drafts, Mr. Lawrence, and SPG Surveying, LLC:

On behalf of Congaree Riverkeeper, this letter serves as notice of its intent to file suit in United States District Court against Shaw Industries Group, Inc. ("Shaw"), owner and operator of the carpet fiber plant and related industrial operations located in Columbia, South Carolina ("Plant 8S"), for ongoing violations of the Clean Water Act (the "CWA") and the Resource Conservation and Recovery Act ("RCRA") arising from illegal discharges of per- and polyfluoroalkyl substances ("PFAS") to the Saluda River and Kinley Creek.

Unless the violations described below are fully redressed, Congaree Riverkeeper will file suit under the citizen suit provisions of the CWA, 33 U.S.C. § 1365 and 40 C.F.R. §§ 135.1 to 135.5, and RCRA, 42 U.S.C. § 6972(b)(2)(A) and 40 C.F.R. § 254, after applicable notice periods have expired. Congaree Riverkeeper will seek injunctive relief, monetary penalties, fees and costs of litigation, and such other relief as the court deems appropriate to address and correct the ongoing violations described below.

## I.  Background

Plant 8S is located at 4401 St. Andrews Road in Columbia, South Carolina 29210. Shaw has owned and operated the 470-acre facility since 2005, where it manufactures fiber and nylon pellet chips to be used in the manufacture of carpet and carpet-like materials. Plant 8S is bounded to the southwest by the Lower Saluda River, which is designated as a State Scenic River by the South Carolina Legislature. This section of the river, beginning one mile below Lake Murray Dam to its confluence with the Broad River, supports an important sport fishery that is noted for its trout, striped bass, and other cold- and warmwater species. The Lower Saluda River is classified as a "Trout Put, Grow, and Take" water, which means it can sustain the growth of stocked trout populations and a balanced, indigenous aquatic community of fauna and flora. The tailrace waters from Lake Murray Dam also provide varying water levels in the river for recreational boating, including whitewater and flatwater paddling.

Charlottesville    Chapel Hill    Atlanta    Asheville    Birmingham    Charleston    Nashville    Richmond    Washington, DC

Shaw Industries Group, Inc.
March 4, 2024
Page 2

These attributes make the Lower Saluda River corridor an outstanding natural resource within the urban environment of metropolitan Columbia. It is no wonder, then, that so many recreational attractions dot the river's banks. Saluda Shoals Park, which is located about 1.5 miles upstream of Plant 8S, is a popular regional park offering a public boat launch as well as canoe, kayak, and tube rentals. Further downstream, the Saluda Riverwalk and the West Columbia and Cayce Riverwalk Parks provide the public with additional waterfront access near where the Lower Saluda River merges into the Congaree River.

In addition to its recreational values, the Lower Saluda River is designated as a "Source Water Protection Area" for the cities of West Columbia and Cayce. Both cities draw their public drinking water shortly downstream of Plant 8S and its wastewater outfalls.

### A. PFAS Overview

PFAS refer to a class of thousands of human-made chemicals which carpet manufacturers like Shaw have used for decades to increase the stain, grease, and oil repellency of their products. Once released into the environment, PFAS persist for years, are highly mobile, and can bioaccumulate in humans and wildlife. Exposure to two of the most pervasive, often-studied PFAS—perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonate ("PFOS")—has been found to cause numerous adverse health impacts to people, such as developmental effects to fetuses and infants, kidney and testicular cancer, liver malfunction, hypothyroidism, high cholesterol, ulcerative colitis, lower birth weight and size, obesity, decreased immune response to vaccines, reduced hormone levels, and delayed puberty.[1] Epidemiological studies suggest that many of these same human health impacts are associated with exposure to a litany of other PFAS.[2]

---

[1] *See* Arlene Blum et al., *The Madrid Statement on Poly- and Perfluoroalkyl Substances (PFASs)*, 123 ENV'T HEALTH PERSPECTIVES A107, at A107 (2015), *available at* https://ehp.niehs.nih.gov/doi/10.1289/ehp.1509934 (accessed Feb. 20, 2024); EPA, *Fact Sheet: PFOA & PFOS Drinking Water Health Advisories*, at 2 (Nov. 2016), *available at* https://www.epa.gov/sites/default/files/2016-06/documents/drinkingwaterhealthadvisories_pfoa_pfos_updated_5.31.16.pdf (accessed Feb. 20, 2024).

[2] *See, e.g.*, U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, *Toxicological Profile for Perfluoroalkyls*, at 4–7 (Section 1.2 Summary of Health Effects) (May 2021), *available at* https://www.atsdr.cdc.gov/toxprofiles/tp200.pdf (accessed Feb. 20, 2024).

Shaw Industries Group, Inc.
March 4, 2024
Page 3

PFAS pose a serious risk not only to humans, but also to ecosystems. In particular, PFAS can inflict damage on fish,[3] amphibians,[4] mollusks,[5] and other aquatic invertebrates[6]—resulting in developmental and reproductive impacts, behavioral changes, adverse effects to livers, disruption to endocrine systems, and weakened immune systems.[7] As PFAS accumulate in wildlife, humans are placed at an ever-greater risk of harm. Consumption of PFAS-contaminated fish is a confirmed route of exposure to humans, together with ingesting PFAS in drinking water, inhaling airborne PFAS in an occupational setting, and other means such as contact with consumer products and textiles treated with PFAS.[8] Once a person is exposed, it can take years for certain PFAS to leave the body.[9] The U.S. Agency for Toxic Substances and Disease Registry has observed that "[h]igher exposure levels for individuals who reside in areas where substances such as PFOA contaminated both public and private water supplies have been documented," warranting further study and biomonitoring.[10]

As explained below, Congaree Riverkeeper has detected at least 15 distinct PFAS compounds in Shaw's wastewater discharges from Plant 8S. These PFAS discharges are contributing to PFAS contamination of the Saluda River and Kinley Creek and are threatening river users, wildlife, and downstream water supplies. Shaw's discharges contain toxic PFAS whose adverse effects on human health and wildlife have been well documented in scientific literature.

---

[3] *See, e.g.*, Haihua Huang et al., *Toxicity, Uptake Kinetics and Behavior Assessment in Zebrafish Embryos Following Exposure to Perfluorooctanesulphonicacid (PFOS)*, 98 AQUATIC TOXICOLOGY 139 (2010), *available at* https://pubmed.ncbi.nlm.nih.gov/20171748/ (accessed Feb. 20, 2024).

[4] *See, e.g.*, Gerald T. Ankley et al., *Partial Life-Cycle Toxicity and Bioconcentration Modeling of Perfluorooctanesulfonate in the Northern Leopard Frog (Rana Pipiens)*, 23 ENV'T TOXICOLOGY & CHEM. 2745 (2004), *available at* https://pubmed.ncbi.nlm.nih.gov/15559291/ (accessed Feb. 20, 2024).

[5] *See, e.g.*, Changhui Liu et al., *Oxidative Toxicity of Perfluorinated Chemicals in Green Mussel and Bioaccumulation Factor Dependent Quantitative Structure-Activity Relationship*, 33 ENV'T TOXICOLOGY & CHEM. 2323 (2014), *available at* https://pubmed.ncbi.nlm.nih.gov/24995545/ (accessed Feb. 20, 2024).

[6] *See, e.g.*, Guang-hua Lu et al., *Toxicity of Perfluorononanoic Acid and Perfluorooctane Sulfonate to* Daphnia Magna, 8 WATER SCI. & ENG'G 40 (2015), available at https://www.sciencedirect.com/science/article/pii/S1674237015000022 (accessed Feb. 20, 2024).

[7] *See supra* Notes 3–6.

[8] *See* EPA, *Our Current Understanding of the Human Health and Environmental Risks of PFAS*, *available at* https://www.epa.gov/pfas/our-current-understanding-human-health-andenvironmental-risks-pfas (accessed Feb. 20, 2024).

[9] *See* U.S. National Institute of Health, *Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS)*, *available at* https://www.niehs.nih.gov/health/topics/agents/pfc/index.cfm (accessed Feb. 20, 2024).

[10] *See supra* Note 2, at 756–57.

Shaw Industries Group, Inc.
March 4, 2024
Page 4

### B. Shaw's NPDES Permit and Wastewater Treatment Plant

Shaw discharges the wastewater generated at Plant 8S pursuant to National Pollutant Discharge Elimination System ("NPDES") Permit No. SC0003557 issued by the South Carolina Department of Health and Environmental Control ("DHEC"). That NPDES permit expired on July 31, 2018. Although Shaw submitted a permit renewal application on January 30, 2018, DHEC has yet to issue a decision on that application and has instead administratively continued Shaw's now-expired NPDES permit.

Shaw's NPDES permit and its permit renewal application disclose three wastewater outfalls at Plant 8S. (Fig. 1.) Two of the outfalls, Outfalls 002 and 003, consist of once-through noncontact cooling water and stormwater and discharge to Kinley Creek and the Saluda River, respectively. Shaw does not treat the water that is discharged from Outfalls 002 and 003. The third outfall, Outfall 001, consists of process wastewater, sanitary wastewater, boiler blowdown, and contaminated stormwater. Shaw treats these various wastewater streams at an on-site wastewater treatment plant and then discharges the final effluent to the Saluda River from Outfall 001. The effluent characteristics for Outfall 001, as reported in Shaw's NPDES permit and its permit renewal application, do not disclose the presence of any PFAS compounds.



*Figure 1: Map of Plant 8S and Wastewater Outfalls*

Shaw Industries Group, Inc.
March 4, 2024
Page 5

Shaw's wastewater treatment plant comprises six equalization basins, two aeration basins, two clarifiers, and the north effluent holding pond. (Fig. 2.) All of the wastewater ponds and basins are either entirely unlined or have earthen bottoms. Shaw treats its wastewater using an activated sludge process that is not capable of effectively removing or destroying PFAS. In fact, studies have shown that activated sludge may have the opposite effect, *increasing* PFAS concentrations in final effluent compared to the concentrations in raw effluent.[11] The PFAS that remain after treatment are discharged by Shaw as final effluent from Outfall 001, accumulate in Shaw's wastewater ponds and other treatment infrastructure, and/or are concentrated in the sewage sludge that is produced during treatment.



***Figure 2: Layout of Wastewater Treatment Plant at Plant 8S***

Shaw's wastewater treatment plant lies approximately 350 yards northeast of the Saluda River—entirely within a 100-year floodplain, according to Shaw's environmental consultants. Plant 8S has previously been impacted by flooding, including during an October 2015 event which inundated Outfall 002 and ruined the facility's flow and temperature meters.

According to groundwater reports for Plant 8S, the groundwater at the site flows from the wastewater treatment plant toward the Saluda River. The Saluda River is a downgradient receptor of the wastewater treatment plant. Since at least 2014, Shaw has performed semi-annual

---

[11] Melissa M. Schultz et al., *Fluorochemical Mass Flows in a Municipal Wastewater Treatment Facility*, 40 ENV'T SCI. & TECH. 7350 (2006), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2556954/ (accessed Feb. 20, 2024).

Shaw Industries Group, Inc.
March 4, 2024
Page 6

groundwater monitoring at the facility, which shows that volatile organic compounds ("VOCs"), metals, and nitrate have leeched from the wastewater treatment plant—with its unlined treatment and retention ponds—into groundwater. The following are among the contaminants that have been detected in downgradient monitoring wells at the site: acetone; benzene; ethylbenzene; isopropylbenzene; napthlene; toluene; 1,2,4-trimethylbenzene; xylenes; arsenic; barium; cadmium; chromium; lead; and nitrate. On some dates in one particular well, the concentrations of arsenic, cadmium, lead, and nitrate have exceeded the maximum contaminant levels set by the U.S. Environmental Protection Agency (the "EPA"). To Congaree Riverkeeper's knowledge, there has been no sampling for any PFAS compounds in the groundwater at Plant 8S.

### C. Shaw's PFAS Discharges from Outfalls 001, 002, and 003 and via Groundwater

Based on effluent sampling conducted by Congaree Riverkeeper, Shaw has discharged, and continues to discharge, PFAS pollutants from Outfall 001 to the Saluda River. Specifically, Congaree Riverkeeper collected surface water samples at the mouth of Outfall 001 before it mixes with the Saluda River on October 12, 2023, and December 13, 2023. Those samples[12] contained at least 15 PFAS in the following concentrations[13]:

[Continued on next page]

---

[12] Congaree Riverkeeper's samples were analyzed for PFAS using EPA-recommended analytical methods according to procedures derived from the EPA's Contract Laboratory Program protocol.

[13] The unit for all concentrations reported in Table 1 is parts per trillion ("ppt"). The qualifier "J" means the numerical value is an approximate concentration of the analyte in the sample because the constituent was detected above the method detection limit but not above the laboratory reporting limit. The qualifier "U" means the constituent was not detected above the stated method detection limit.

Shaw Industries Group, Inc.
March 4, 2024
Page 7

| PFAS Constituent | Outfall 001 | |
|---|---|---|
| | 10/12/2023 | 12/14/2023 |
| Hexafluoropropyleneoxide dimer acid (HFPO-DA)(Gen-X) | 4.13 J | 7.55 |
| Perfluorobutane sulfonic acid (PFBS) | 1.03 J | 1.99 |
| Perfluorobutanoic acid (PFBA) | 22.7 | 5.03 J |
| Perfluorodecanoic acid (PFDA) | 20.6 | 6.63 |
| Perfluorododecanoic acid (PFDOA) | 6.71 | 3.02 |
| Perfluoroheptanoic acid (PFHpA) | 32 | 5.38 |
| Perfluorohexane sulfonic acid (PFHxS) | 0.912 J | 1.34 J |
| Perfluorohexanoic acid (PFHxA) | 40.6 | 8.03 |
| Perfluorononanoic acid (PFNA) | 12.5 | 2.77 |
| Perfluorooctane sulfonic acid (PFOS) | 5.29 | 7.7 |
| Perfluorooctanoic acid (PFOA) | 38.9 | 9.51 |
| Perfluoropentanoic acid (PFPeA) | 52.5 | 12 |
| Perfluorotetradecanoic acid (PFTDA) | 1.83 | 0.576 U |
| Perfluorotridecanoic acid (PFTrDA) | 0.763 J | 0.576 U |
| Perfluoroundecanoic acid (PFUnDA) | 2.66 | 1.04 J |

*Table 1: Congaree Riverkeeper's Surface Water Sampling of Outfall 001*

Shaw's PFAS discharges are ongoing because Shaw continues to use PFAS in its manufacturing operations, and because Shaw's wastewater treatment system cannot effectively remove PFAS before they are discharged from Outfall 001, as explained in Section I.B. Even if Shaw were no longer using any PFAS at Plant 8S, it is highly likely that PFAS have accumulated over the years in Shaw's wastewater ponds and other treatment infrastructure and are continually contaminating Shaw's final effluent prior to discharge.

In addition to the discharges from Outfall 001, Shaw is also likely discharging PFAS to the Saluda River via groundwater, which is being contaminated with PFAS from on-site wastewater ponds and likely other conveyances, including but not limited to ditches, pipes, channels, conduits, and discrete fissures. As noted in Section I.B, all of the wastewater ponds at Plant 8S, including the six equalization basins, the two aeration basins, and the north holding pond, are either entirely unlined or have earthen bottoms. As a result, various VOCs, metals, and nitrate are leaching from the wastewater ponds into the groundwater at the site, a fact which has been confirmed by Shaw's groundwater reporting since 2014. It is probable that PFAS are also leeching into groundwater. PFAS are highly mobile and can seep through soil, such as Shaw's unlined wastewater ponds, and because PFAS do not readily biodegrade in the environment, they may travel long distances in water. Given that the groundwater at Plant 8S flows in the direction of the Saluda River, the PFAS released by Shaw from wastewater ponds and other conveyances likely have been, and are being, transported by groundwater to the river a short distance away (approximately 350 yards).

Shaw Industries Group, Inc.
March 4, 2024
Page 8

Finally, upon information and belief, Shaw is discharging PFAS-polluted noncontact cooling water and stormwater from multiples point sources to Kinley Creek and the Saluda River. On October 5, 2022, Congaree Riverkeeper took a surface water sample of Kinley Creek and found that it contained numerous types of PFAS. Shaw's operations at Plant 8S are the likely source of that PFAS pollution because (1) Shaw withdraws cooling water containing PFAS from the Saluda River and then discharges the used, contaminated cooling water to Kinley Creek, and (2) stormwater comes into contact with production and storage areas and potentially wastewater treatment areas at Plant 8S, is contaminated with PFAS, and then is discharged to Kinley Creek. The PFAS-polluted cooling water and stormwater is transported via ditches, pipes, channels, conduits, and other conveyances that lead to Outfall 002 and then directly to Kinley Creek. Shaw's stormwater discharges from Outfall 003 to the Saluda River follow a similar pathway. That is, stormwater flows through production and storage areas and potentially wastewater treatment areas at Plant 8S, where the stormwater is contaminated with PFAS, and is then transported via ditches, pipes, channels, conduits, and other conveyances to Outfall 003 and the Saluda River.

## II.    Shaw's Violations of the Clean Water Act

Shaw is liable under Section 505(a)(1) of the CWA, 33 U.S.C. § 1365(a)(1), based on its unpermitted discharges of PFAS to the Saluda River from Outfalls 001, 002, and 003 and via groundwater.

Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant from a point source to waters of the United States, except in compliance with, among other conditions, a NPDES permit issued under Section 402 of the statute, *id.* § 1342. Each discharge of a pollutant that is not authorized by a NPDES permit constitutes a separate violation of the CWA. *Id.* § 1319(d). Persons in violation of this prohibition are subject to a civil penalty not to exceed $66,712 per day for each violation. *Id.*; 40 C.F.R. § 19.4. Since at least October 12, 2023—but likely since Shaw took ownership of Plant 8S in 2005—Shaw has been discharging PFAS-contaminated wastewater to the Saluda River from Outfall 001 via ditches, pipes, channels, conduits, and other conveyances. Shaw does not have a permit for its past and ongoing discharges of PFAS from Outfall 001 because Shaw has never disclosed those discharges in any NPDES permit application submitted to DHEC. Therefore, each and every discharge of PFAS from Outfall 001 is a violation of the CWA.

Shaw is also discharging PFAS-contaminated cooling water to Kinley Creek, which travels via ditches, pipes, channels, conduits, and other conveyances out of Outfall 002. These discharges have been ongoing since at least October 5, 2022, and are not authorized by any NPDES permit due to Shaw's failure to ever disclose them to DHEC. Each and every discharge of PFAS in cooling water from Outfall 002 is a violation of the CWA.

As evidenced by Congaree Riverkeeper's sampling results and groundwater monitoring at Plant 8S, Shaw has further, every day since at least October 12, 2023, been in continuous violation of 33 U.S.C. § 1311(a) through PFAS discharges that are seeping from on-site wastewater ponds and other conveyances, including but not limited to ditches, pipes, channels, conduits, and discrete fissures, and are being transported via groundwater to the Saluda River. Shaw's unpermitted

Shaw Industries Group, Inc.
March 4, 2024
Page 9

discharges to the Saluda River via groundwater are the functional equivalent of a direct discharge from the wastewater ponds and related point sources at Plant 8S. That is so because, among other factors, the transit distance and time traveled by the PFAS are short, and any chemical alteration prior to discharge is generally only alteration to another PFAS compound. Shaw does not have a NPDES permit for these discharges, and therefore, it has violated, and will continue to violate, the CWA each and every day it discharges PFAS to the Saluda River via groundwater.

Section 301(a) of the CWA, in combination with Section 402(p), prohibits point source discharges of stormwater "associated with industrial activity" that are not authorized by either an individual NPDES permit or a NPDES general permit that specifically covers the pollutants found in the facility's runoff. 33 U.S.C. §§ 1311(a), 1342(p). Shaw has coverage for its stormwater discharges under its individual NPDES Permit No. SC0003557 and/or under South Carolina's Industrial Stormwater General Permit (SCR000000). Those permits do not cover any discharges of PFAS-polluted stormwater, nor does Shaw have any other individual or general permit that authorizes its PFAS runoff. Accordingly, Shaw is violating the CWA each and every day it discharges stormwater containing PFAS to Kinley Creek and the Saluda River from Outfalls 002 and 003 (and associated conveyances), respectively. Shaw's PFAS discharges via stormwater also likely violate the Industrial Stormwater General Permit's prohibition of non-stormwater discharges. These violations have been occurring since at least October 5, 2022.

### III.     Shaw's Violations of the Resource Conservation and Recovery Act

Shaw is also liable under Section 7002(a)(1)(A) of RCRA, 42 U.S.C. § 6972(a)(1)(A), because Shaw is disposing of PFAS and other solid and hazardous wastes in a manner that constitutes open dumping and is contributing to an imminent and substantial endangerment of health and the environment.

RCRA is a comprehensive environmental statute that governs the treatment, storage and disposal of solid and hazardous wastes. *Meghrig v. KFC Western, Inc.,* 516 U.S. 479, 483 (1996). Its purpose is to minimize the present and future threat to human health and the environment. *See id.*

Among other restrictions, RCRA prohibits "any solid waste management practice or disposal of solid waste or hazardous waste which constitutes the open dumping" of that waste. 42 U.S.C. § 6945(a). An "open dump" refers to "any facility or site where solid waste is disposed of which is not a sanitary landfill which meets the criteria promulgated under section 6944 of this title and which is not a facility for disposal of hazardous waste." *Id.* § 6903(14). In turn, "solid waste" means "any garbage, refuse, sludge from a waste treatment plant . . . and other discarded material . . . resulting from industrial . . . operations[.]" *Id.* § 6903(27). Although not defined in RCRA, the phrase "other discarded material" has been interpreted to include material that has been disposed of, thrown away, or abandoned. *See, e.g.*, *Safe Air v. Meyer,* 373 F.3d 1035, 1042 (9th Cir. 2004) (lead shot is a solid waste because it has been abandoned).

Plant 8S is neither a qualified sanitary landfill nor a facility for disposal of hazardous waste; nevertheless, Shaw is disposing of various solid and hazardous wastes at Plant 8S and the on-site

Shaw Industries Group, Inc.
March 4, 2024
Page 10

wastewater treatment plant, including but not limited to PFAS; acetone; benzene; ethylbenzene; isopropylbenzene; naphthlene; toluene; 1,2,4-trimethylbenzene; xylenes; arsenic; barium; cadmium; chromium; lead; and nitrate.

The EPA has promulgated criteria to clarify what practices may violate RCRA's open dumping prohibitions. 40 C.F.R. pt. 257. The regulations provide that "[f]acilities or practices in floodplains shall not . . . result in washout of solid waste, so as to pose a hazard to human life, wildlife, or land or water resources." *Id.* § 257.3-1(a). The "washout" of solid waste is defined as the "carrying away of solid waste by waters" of at least a 100-year flood. 40 C.F.R. § 257.3-1(b)(1), (3). "Carrying away" does not require ongoing human conduct. *See Potomac Riverkeeper, Inc. v. Nat'l Cap. Skeet & Trap Club, Inc.*, 388 F. Supp. 2d 582, 587 (D. Md. 2005). In fact, the movement of previously disposed solid waste may constitute a violation of RCRA. *See United States v. Waste Indus., Inc.,* 734 F.2d 159, 164–65 (4th Cir.1984) (under RCRA, "disposal" does not require "active human conduct"); *accord Nurad, Inc. v. William E. Hooper & Sons, Co.,* 966 F.2d 837, 845 (4th Cir. 1992).

Shaw's practice of disposing of PFAS and other solid and hazardous wastes in the wastewater treatment plant at Plant 8S constitutes open dumping because it is in violation of these floodplain criteria. The wastewater treatment plant, including its many unlined treatment and retention ponds, is situated within the 100-year floodplain. As noted in Section I.B, Plant 8S has already suffered a "washout" as it was overcome by flood waters in October 2015, and it remains at a serious risk of washouts in the future. Shaw's wastewater treatment plant is therefore an illegal open dump because it continues to pose a risk of PFAS- and other contaminant-laden washouts, so as to pose a hazard to human and aquatic life and surrounding land and water resources.

In addition to the open dumping provision, RCRA allows affected citizens to file suit against:

> any person, . . . including any past or present generator, past or present transporter, or past or present owner or operator of a treatment, storage, or disposal facility, who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment.

42 U.S.C. § 6972(a)(1)(B). By using, insufficiently treating, and then releasing PFAS into the environment, Shaw is a generator, transporter, and/or owner that has contributed to the past or present handling, storage, treatment, transportation, and/or disposal of a solid waste in a manner which may present an imminent and substantial endangerment to health or the environment. As detailed above, Shaw's past and present PFAS releases are contaminating the Saluda River and downstream waters and, as a result, are threatening aquatic wildlife and municipal drinking water supplies. Plant 8S is located within the source water protection area for West Columbia and Cayce, and ingesting PFAS-contaminated drinking water is a documented exposure pathway for PFAS in humans. Once in the human body, PFAS, including those associated with Shaw's operations, may cause a litany of adverse health effects. Therefore, Shaw's mishandling of its PFAS waste and failure to prevent that waste from contaminating the environment is a violation of RCRA.

Shaw Industries Group, Inc.
March 4, 2024
Page 11

## IV.     Persons Responsible for Violations

Shaw Industries Group, Inc. owns and operates Plant 8S, where Shaw is discharging PFAS pollutants from Outfall 001 and via groundwater to the Saluda River and where Shaw is handling and disposing of solid and hazardous wastes in a manner that violates RCRA. Pursuant to 40 C.F.R. §§ 135.3 and 254.3, Shaw is identified as the person responsible for all violations described in this letter.

## V.     Persons Giving Notice and Legal Counsel

In accordance with 40 C.F.R. §§ 135.3 and 254.3, Congaree Riverkeeper provides the name, address, and telephone number of the persons giving notice:

Congaree Riverkeeper
P.O. Box 5294
Columbia, SC 29250
(803) 760-3357

The Southern Environmental Law Center is legal counsel for Congaree Riverkeeper in this matter.

Catherine Wannamaker
Carl Brzorad
Mathieu Erramuzpe
Southern Environmental Law Center
525 E Bay Street, Suite 200
Charleston, SC 29403
(843) 720-5270
cwannamaker@selcsc.org
cbrzorad@selcsc.org
merramuzpe@selcga.org

## VI.     Conclusion

As set forth in this letter, Shaw has been, and continues to be, in violation of the Clean Water Act by discharging PFAS to waters of the United States via multiple surface water conveyances and groundwater at Plant 8S, without a NPDES permit. Further, Shaw is violating the Resource Conservation and Recovery Act by operating an illegal open dump at Plant 8S and by contributing to an imminent and substantial endangerment to health and the environment. Congaree Riverkeeper will initiate a civil action under Section 505 of the CWA and Section 7002 of RCRA against Shaw once applicable notice periods have expired or soon thereafter unless the violations described herein are fully redressed.

Shaw Industries Group, Inc.
March 4, 2024
Page 12

During the notice period, Congaree Riverkeeper is willing to discuss effective remedies for Shaw's legal violations that could avoid the need for litigation. If you wish to discuss such remedies or any other contents of this letter, please contact the undersigned counsel at the phone number or email addresses provided above.

Thank you for your attention to this matter.

Sincerely,

Catherine Wannamaker
Carl Brzorad
Mathieu Erramuzpe

CC (*via certified mail*):     Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Jeaneanne Gettle, Acting Regional Administrator
U.S. Environmental Protection Agency, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303

Edward Simmer, Agency Director
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201