# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| CONGAREE RIVERKEEPER, | ) |
| Plaintiff, | ) Civ. No. 3:24-cv-3810-SAL |
| v. | ) **ANSWERS TO LOCAL RULE 26.01** |
| SHAW INDUSTRIES GROUP, INC., | ) **INTERROGATORIES** |
| Defendant. | ) |

NOW COMES Plaintiff, Congaree Riverkeeper, by and through its undersigned counsel, to make the following answers to the Rule 26.01 Interrogatories:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of the interest.

   **ANSWER:** None.

(B) As to each claim, state whether it should be tried jury or non-jury and why.

   **ANSWER:** All claims should be tried non-jury because the Plaintiffs do not seek damages.

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

   **ANSWER:**

   (1) No parent corporation, nor any publicly-held corporation, owns ten percent or more of Congaree Riverkeeper.

   (2) Congaree Riverkeeper is not a parent of any publicly-owned corporation.

   (3) Congaree Riverkeeper does not own ten percent or more of the outstanding shares of any publicly-owned corporation.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriate of the division).  See Local Civ. Rule 3.01 (D.S.C).

 **ANSWER:**

  Venue is proper in this division under Local Civ. Rule 3.01(A)(1) because "a substantial part of the events or omissions giving rise to the claim occurred" in Columbia – namely, the unpermitted discharges, open dumping, and imminent and substantial endangerment, which are occurring at and near Shaw's Plant 8S located at 4401 St. Andrews Road in Columbia. In addition, Shaw "does business relating to the events or omissions alleged" at Plant 8S in Columbia. *See* L.R. 3.01(A)(1).

(E) Is this action related in whole or in party to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action, (2) an explanation of how the matters are related; and (3) statement of the status of the related action. Counsel should disclose any cases that *may* be related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

 **ANSWER:** No.

(F) [*Defendants only.*] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and Pleading reflecting the correct identification.

 **ANSWER:** N/A

(G) [*Defendants only.*] If you contend that some other person or legal entity is, in whole or in Part, liable to you or the party asserting a claim against you in this matter, identify such Person or entity and describe the basis of their liability.

 **ANSWER:** N/A

This the 2nd day of July 2024.

>/s/ Catherine M. Wannamaker
>Catherine M. Wannamaker
>SC Bar No. 12577
>Southern Environmental Law Center
>525 East Bay Street, Suite 200
>Charleston, South Carolina 29403
>Telephone: (843) 720-5270
>cmwannamaker@selcsc.org

>/s/ Carl T. Brzorad
>Carl T. Brzorad
>SC Bar No. 105413
>Southern Environmental Law Center
>525 East Bay Street, Suite 200
>Charleston, South Carolina 29403
>Telephone: (843) 720-5270
>cbrzorad@selcsc.org

>*Attorneys for Plaintiffs*